TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED: —
TORT — MOTOR VEHICLE TORT — CONTRACT —
EQUITABLE RELIEF — OTHER

## COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss.

SUPERIOR COURT
DEPARTMENT
OF THE
TRIAL COURT
CIVIL ACTION
No. 04-1383

JOSEPHINE GARCIA .................... Plaintiff(s)

v.

INDEVUS PHARMACEUTICALS, INC.,
f/k/a INTERNEURON
PHARMACEUTICALS, INC., ET ALS. .......... Defendant(s)

## SUMMONS

To the above-named Defendant: Boehringer Ingelheim Pharmaceuticals, Inc.

You are hereby summoned and required to serve upon Edward J. Barshak, Sugarman, Rogers, Barshak & Cohen, P.C. .......... plaintiff's attorney, whose address is 101 Merrimac Street, Boston, MA 02114 .................... an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this Court at Cambridge .................... either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Suzanne V. DelVecchio, Esquire, at Cambridge ....................

the 2nd .................... day of June ....................

.......... in the year of our Lord 2004 ....................

*Edward J. Sullivan*
Clerk

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

FORM NO. SUP. — 001

COMMONWEALTH OF MASSACHUSETTS

EASTERN COUNTIES, SS.                                    MIDDLESEX SUPERIOR COURT

| | |
|---|---|
| IN RE MASSACHUSETTS STATE COURT DIET DRUG LITIGATION | Civil Action No. 00-9999-G |
| Josephine Garcia, <br><br> Plaintiff <br><br> v. <br><br> Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals, Inc. and Boehringer Ingelheim Pharmaceuticals, Inc. <br><br> Defendants | C.A. No. 04-1383 |

### PLAINTIFFS' AFFIDAVIT OF SERVICE IN COMPLIANCE WITH MASSACHUSETTS GENERAL LAWS, CHAPTER 223A, § 6

I, Edward J. Barshak, counsel for the plaintiffs in the above-entitled action, say that on June 11, 2004, I gave written notice to the defendant, Boehringer Ingelheim Pharmaceuticals, Inc., of filing a Complaint against it by mailing a letter, postage prepaid, certified mail and return receipt requested, enclosing therein a copy of the (1) Summons; (2) Complaint; (3) Second Amended Complaint; (4) Civil Action Cover Sheet; and (5) Tracking Order, to the defendant at 900 Ridgebury Road, Ridgefield, CT 06877-1058.

Said return receipt is attached hereto.



349196

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 23

DAY OF JUNE, 2004

_____
Edward J. Barshak (BBO No. 032040)
Michael S. Appel (BBO No. 543898)
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street, 9th Floor
Boston, MA 02114
(617) 227-3030

Dated: 6/23/04

### CERTIFICATE OF SERVICE

I, Edward J. Barshak, attorney for plaintiffs, hereby certify that I have this day forwarded the within Defendant's Affidavit of Service in Compliance with Mass. General Laws, Chapter 223A, §6 by mailing a copy of same, postage prepaid, first class mail to all parties.

_____
Edward J. Barshak

Dated: 6/23/04

349196

