# EXHIBIT 4

Feb-20-04   11:26am   From-REED SMITH LLP                    215-851-1417        T-282   P.016/016   F-550

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DIET DRUGS | : | MDL DOCKET NO. 1203 |
| (PHENTERMINE, FENFLURAMINE, | : | |
| DEXFENFLURAMINE) PRODUCTS | : | |
| LIABILITY LITIGATION | : | |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| ———————————— | : | |
| PERRY MICHAEL FRENCH, et al. | : | |
| | : | |
| v. | : | |
| | : | |
| WYETH, et al. | : | CIVIL ACTION NO. 03-20353 |

PRETRIAL ORDER NO. 3281

AND NOW, this 18th day of February, 2004, for the
reasons set forth in the accompanying Memorandum, it is hereby
ORDERED that:

(1) the motion of plaintiffs to remand to the Circuit
Court of Jones County Mississippi is DENIED; and

(2) all claims against defendants Eric Dyess, M.D.,
Arthur Wood, M.D., Earl Lee Stewart, M.D., William Edwin Powell,
M.D., John M. Beaman, M.D., Jacob E. Ulmer, M.D., Stephen A.
Tramill, M.D., Todd Fulcher, M.D., E. Kelton Pace, M.D., Stanford
Owen, M.D., and Richard Miller, M.D. are DISMISSED.

BY THE COURT:

_____ J.

Feb-20-04   11:23am   From-REED SMITH LLP                    215-851-1417        T-292   P.002/016   F-550

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DIET DRUGS | : | MDL DOCKET NO. 1203 |
| (PHENTERMINE, FENFLURAMINE, | : | |
| DEXFENFLURAMINE) PRODUCTS | : | |
| LIABILITY LITIGATION | : | |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| PERRY MICHAEL FRENCH, et al. | : | |
| | : | |
| v. | : | |
| | : | |
| WYETH, et al. | : | CIVIL ACTION NO. 03-20353 |

MEMORANDUM AND PRETRIAL ORDER NO. 32.81

Bartle, J.                                        February 18, 2004

　　　　Before the court is the motion of the eleven plaintiffs
to remand their complaint against defendant Wyeth and eleven non-
diverse physicians to the Circuit Court of Jones County,
Mississippi.[1]  This motion is before the undersigned as
transferee judge in MDL 1203, the mass tort litigation involving
the diet drugs commonly known as fen-phen.  Plaintiffs assert
claims for negligence, negligence per se, strict liability
(design defect and failure to warn), misrepresentation, and
breach of warranties against Wyeth as well as claims against

_____

1.  The plaintiffs named in this action are:  Perry Michael
French, Brenda Thigpen, Shirley Allen, Angela Chapman, David
Graham, Beverly Hill, Margo Jones, Mildred Long, Brenda McDonald-
Lott, Gwendolyn Ratliff, and Paula Webb respectively.

their prescribing physicians for medical negligence.[2]  No federal
claim for relief is alleged.

Plaintiffs originally filed their complaint in the
state court on December 30, 2002, more than five years after
Pondimin and Redux, the products manufactured by Wyeth, were
withdrawn from the market in September, 1997.  Wyeth timely
removed the action to the United States District Court for the
Southern District of Mississippi.  Thereafter, plaintiffs moved
to remand this action under 28 U.S.C. § 1447(c).  The Mississippi
court deferred ruling on plaintiffs' motion, and the case was
then transferred to this court as part of MDL 1203.

II.

Under the removal statute, "any civil action brought in
a state court of which the district courts of the United States
have original jurisdiction, may be removed by the defendant or
defendants, to the district court ...."  28 U.S.C. § 1441(a).

---

2.  Specifically, plaintiffs have brought claims against the
following physicians:  Perry Michael French contends that Eric
Dyess, M.D. prescribed Pondimin and/or Redux to him; Brenda
Thigpen maintains that Arthur Wood, M.D. prescribed Pondimin
and/or Redux to her; Shirley Allen alleges that Earl Lee Stewart,
M.D. prescribed Pondimin and/or Redux to her; Angela Chapman
avers that William Edwin Powell, M.D. prescribed Pondimin and/or
Redux to her; David Graham claims that John M. Beaman, M.D.
prescribed Pondimin and/or Redux to him; Beverly Hill contends
that Jacob E. Ulmer, M.D. prescribed Pondimin and/or Redux to
her; Margo Jones maintains that Stephen A. Tramill, M.D.
prescribed Pondimin and/or Redux to her; Mildred Long alleges
that Todd Fulcher, M.D. prescribed Pondimin and/or Redux to her;
Brenda McDonald-Lott maintains that E. Kelton Pace, M.D.
prescribed Pondimin and/or Redux to her; Gwendolyn Ratliff avers
that Stanford Owen, M.D. prescribed Pondimin and/or Redux to her;
and Paula Webb claims that Richard Miller, M.D. prescribed
Pondimin and/or Redux to her.

Feb-20-04   11:23am   From-REED SMITH LLP                    215-851-1417        T-292  P.004/016  F-550

Federal district courts have original jurisdiction over all civil
actions between citizens of different states if the amount in
controversy exceeds $75,000, exclusive of interest and costs.
See 28 U.S.C. § 1332(a).  If an action originally filed in a
state court could have been brought in federal court pursuant to
diversity jurisdiction, the defendants may remove it to federal
court.  28 U.S.C. §§ 1441, 1446.  If a federal court subsequently
determines that it does not have subject matter jurisdiction over
a removed action, it must remand the action to the state court
from which it originated.  See 28 U.S.C. § 1447(c).

Wyeth bears a heavy burden to establish fraudulent
joinder.  See Boyer v. Snap-on Tools Corp., 913 F.2d 108, 111 (3d
Cir. 1990).  In determining whether Wyeth has met its burden, the
court must "resolve all contested issues of substantive fact in
favor of the plaintiff."  Id.  We are also cognizant of the fact
that the removal statute must be construed narrowly, and "all
doubts should be resolved in favor of remand."  Steel Valley
Auth. v. Union Switch & Signal Div., 809 F.2d 1006, 1010 (3d Cir.
1987) (citation omitted).  The heavy burden placed upon Wyeth to
establish fraudulent joinder does not mean we must accept blindly
whatever plaintiffs may assert no matter how incredible or how
contrary to the overwhelming weight of the evidence.  The Supreme
Court made it clear in Wilson v. Republic Iron & Steele Co., 257
U.S. 92 (1921), that if a plaintiff contests a defendant's
assertion that joinder of another defendant was a sham to defeat
removal, the District Court must determine the facts from the

-3-

evidence.  Wilson, 257 U.S. at 98.  We are not to decide
automatically in favor of remand simply because some facts may be
in dispute.

As an MDL court sitting within the Third Circuit, we
must apply our Court of Appeals' fraudulent joinder standard.
See In re Korean Airlines Disaster, 829 F.2d 1171, 1174 (D.C.
Cir. 1987); In re Ikon Office Solutions, Inc., 86 F. Supp. 2d
481, 485 (E.D. Pa. 2000).  This court must decide whether there
is "a reasonable basis in fact or colorable ground supporting the
claim against the joined defendant."  Boyer, 935 F.2d at 111.

On matters of substantive law, "[i]f there is even a
possibility that a state court would find that a plaintiff's
complaint states a cause of action against any one of the
resident defendants, the federal court must find that joinder was
proper and remand the case to state court."  Boyer, 913 F.2d at
111 (citation omitted).  We are mindful that our inquiry into
Wyeth's claim of fraudulent joinder is less searching than that
permissible when a party seeks to dismiss a claim under Rule
12(b)(6) of the Federal Rules of Civil Procedure.  Batoff v.
State Farm Ins. Co., 977 F.2d 848, 852 (3d Cir. 1992); see also,
Gaul v. Neurocare Diagnostic, Inc., No. 02-CV-2135, 2003 WL
230800, at *2 (E.D. Pa. Jan. 3, 2003).  Simply because a claim
against a party may ultimately be dismissed for failure to state
a claim does not necessarily mean that the party was fraudulently
joined.  The test is whether a claim is colorable, that is, not
"wholly insubstantial and frivolous."  Batoff, 977 F.2d at 852.

-4-

### III.

It is undisputed that plaintiffs' ingestion of fen-phen occurred more than two years prior to the filing of this action. While plaintiffs concede as much, they contend that the statute of limitations did not begin to run until they discovered their injuries after receiving echocardiograms. Plaintiffs claim that it is "unrealistic to expect a layperson to perceive their injury at the time of the alleged wrongful act." Pls.' Mot. to Remand at 7. Accordingly, plaintiffs argue that their claims are not time barred because under Mississippi law they have two years from the discovery of an alleged injury in which to file a claim. MISS. CODE. ANN. § 15-1-36 (2002).

In Mississippi, a tort claim against a health care provider is subject to a two-year statute of limitations. <u>Id.</u> The statute provides in relevant part:

> For any claim accruing on or before June 30, 1998, and except as otherwise provided in this section, no claim in tort may be brought against a licensed physician, osteopath, dentist, hospital, institution for the aged or the infirm, nurse, pharmacist, podiatrist, optometrist or chiropractor for injuries or wrongful death arising out of the course of medical, surgical or other professional services unless it is filed <u>within two (2) years from the date the alleged act, omission or neglect shall or with reasonable diligence might have been first known or discovered</u>.

-5-

Feb-20-04   11:24am   From-REED SMITH LLP                 215-851-1417         T-292   P.007/016   F-550

MISS. CODE. ANN. § 15-1-36(1) (emphasis added).  For any claim

accruing on or after July 1, 1998, the statute of limitations is

the same for all relevant purposes.[3]

        Under Mississippi law, an action accrues when a patient

can reasonably be held to have knowledge of the injury itself,

cause of injury, and the conduct of the medical practitioner.

Fortenberry v. Memorial Hosp. At Gulfport, Inc., 676 So.2d 252

(Miss. 1996).  A plaintiff has a duty of reasonable inquiry upon

receiving information that indicates a claim exists.  "The would-

be plaintiff need not have become absolutely certain that he had

a cause of action; he need merely be on notice - or should be -

that he should carefully investigate the materials that suggest

that a cause probably or potentially exists."  First Trust Nat'l

Ass'n v. First Nat'l Bank of Commerce, 220 F.3d 331, 336-37 (5th

Cir. 2000) (emphasis in original).  In other words, "plaintiffs

need not have actual knowledge of the facts before the duty of

due diligence arises; rather, knowledge of certain facts which

are 'calculated to excite inquiry' give rise to the duty to

inquire."  In re Catfish Antitrust Litig., 826 F. Supp. 1019,

1031 (N.D. Miss. 1993) (citations omitted).

---

3.  The statute of limitations for claims accruing after July 1,
1998 adds tolling provisions for fraudulent concealment and
instances when a foreign object is left in a patient's body.  See
MISS. CODE. ANN. § 15-1-36(2)(a),(b).  Both provisions require a
plaintiff to bring an action within two years of the time when
the alleged injury or fraud should have been discovered, and no
later than seven years after the alleged act of neglect.  See id.

      Plaintiffs contend that they brought their actions
within two years "from the date the alleged act ... with
reasonable diligence might have been first known or discovered."
MISS. CODE. ANN. § 15-1-36(1). According to plaintiffs, they could
not have reasonably discovered their purported injuries until
their alleged heart problems were diagnosed after reviewing their
echocardiograms. Plaintiffs claim that their diagnosis occurred
less than two years prior to filing their complaint. Wyeth
counters that plaintiffs should have been on notice of their
stated injuries as a result of the widespread publicity
accompanying the withdrawal of the diet drugs from the market in
September, 1997. Wyeth further contends that plaintiffs should
have known about their alleged injuries at the very latest in
March, 2000, after Wyeth's extensive publicity campaign.

      The publicity began on September 15, 1997. At
10:00 p.m., the Jackson, Mississippi NBC affiliate reported a
story announcing the withdrawal of the diet drugs from the market
at the urging of the Food and Drug Administration ("FDA"). The
story went on to report the FDA's findings that approximately 30
percent of diet drug patients who were evaluated had abnormal
echocardiograms, even though symptoms had yet to manifest.
Earlier that day, at approximately 12:30 p.m., the same local NBC
affiliate station reported that the FDA advised people taking
diet drugs to discontinue use and contact their doctors
immediately. The very next day, September 16, 1997, the Clarion
Ledger, a Jackson, Mississippi based newspaper distributed

-7-

throughout the state, reported on its front page an article
entitled "2 Popular Diet Drugs Removed From Stores." The text of
the news article echoed the findings of a 1997 FDA study and the
subsequent urging by the FDA for individuals taking diet drugs to
immediately discontinue their use. On November 14, 1997, a story
written by the Associated Press appeared in the Clarion Ledger
with the headline "Fen-Phen users need exam, says government."
The first sentence of this article paraphrased the FDA's
suggestion that individuals who had taken diet drugs for any
amount of time should see their doctors immediately for
examination.

Media coverage of the withdrawal of the diet drugs from
the market was not limited to local news outlets. Reports about
the withdrawal were the leading stories on major network news
programs on television, including NBC Nightly News, CBS Evening
News and the Today Show. USA Today, a daily newspaper with a
national readership, ran a front-page story regarding the
withdrawal of diet drugs, its effects, and the response by
various organizations throughout the United States regarding the
news. The article went so far as to report that potential
litigation was imminent and people who had taken diet drugs were
signing up with attorneys to take part in a large class action
lawsuit.

Wyeth also informed consumers about the recall of its
diet drugs as well. Immediately after removing the drugs from
the market on September 15, 1997, Wyeth issued a press release

-8-

advising patients who had used diet drugs to consult their
physicians.  It included the same message in full page
advertisements that it purchased in leading national and regional
newspapers.  These advertisements led with a banner in large
print, stating "An Important Message To Patients Who Have Used
Pondimin or Redux."  Furthermore, Wyeth sent a "Dear Health Care
Provider Letter" to approximately 450,000 doctors and pharmacists
informing them of the withdrawal of the drugs from the market and
of the potential association between use of the drugs and
instances of valvular heart disease.

          Even if the plaintiffs were somehow not apprised of
their potential claims as a result of this extensive publicity,
they certainly were put on notice by the end of March, 2000, by
the comprehensive publicity campaign regarding the proposed
nationwide class action Settlement Agreement with Wyeth.  See
Memorandum and Pretrial Order ("PTO") No. 997 at 7 (E.D. Pa.
Nov. 23, 1999).[4]  This notice program "employed sophisticated
media techniques and was designed to reach all class members" to
make them "aware of the potential risks posed by Pondimin and
Redux."  PTO No. 1415 at 79-80.  This court described the
exhaustive and far-reaching nature of this notice campaign in PTO
No. 1415:

                    A television commercial was developed ...
                    [which] broadcast 106 times over a period of
                    five weeks on network television.  The
                    television commercial message was also

---

4.  See also PTO No. 1415 at 62-66 (E.D. Pa. Aug. 28, 2000).

broadcast 781 times, for six consecutive
weeks on various cable networks.

A summary notice was prepared for use in the
print media.  The summary notice appeared
repeatedly in several magazines between
January and March 2000.  The summary notice
appeared as a one-third page black and white
ad in four national newspapers, 77 local
newspapers, 3 newspapers distributed
throughout the U.S. Territories and four
newspapers targeted to the Hispanic market.
These newspapers were selected because they
were national publications, or because they
represented the principal newspapers in the
top 15 markets in the United States, or
because they were published in geographic
areas having the highest usage of Pondimin
and Redux, and/or because they were targeted
to African-American or Spanish speaking
populations.  In addition, the summary form
of notice was published in a variety of
publications targeted to healthcare providers
and pharmacists.  Banner ads were also
developed for use on the Internet, directing
potential class members to the official
settlement website where class members could
receive information concerning the settlement
and obtain a notice package.  These banner
advertisements were placed within several
media categories on a variety of Internet
publishers.

In addition to the above, notice was
transmitted by mail to all pharmacists in the
United States and to doctors who were likely
to have prescribed Pondimin or Redux or
treated patients for complications resulting
from the use of those drugs.  Notices to
these healthcare providers contained a
"notice package," a letter of explanation and
a counter card reflecting the summary form of
notice described above, which pharmacists and
physicians could display to alert patients
about the existence of the settlement and the
opportunity to obtain a "notice package" by
contacting the 1-800 number or official web
site ....  Such mailings were transmitted to
784,128 physicians and to 108,288
pharmacists.

Id. at 80-82 (citations and footnotes omitted).

-10-

The court also explained that the summary notice
appeared ten times between January and February, 2000 in the form
of a full page black and white advertisement in Parade, People,
and Time magazine.  A full page black and white version of the
summary notice was inserted into eight monthly magazines during
February, 2000, including Better Homes & Gardens, Ladies Home
Journal, Family Circle, McCalls, Women's Day, Redbook, Good
Housekeeping and Ebony.  Additional insertions of the summary
notice appeared as full page black and white advertisements in
the March editions of Better Homes & Gardens and Good
Housekeeping.  Finally, a two-page black and white version of the
summary notice was placed in Reader's Digest during February and
March, 2000.

This court found that the media program concerning the
proposed settlement was "highly successful" at reaching targeted
women.  PTO No. 1415 at 83.  It explained:

> 97% of women between the ages of 25 and 54
> viewed one or more forms of televised or
> printed notice an average of 10 times.  A
> reach and frequency analysis indicated that
> almost 80% of women between the ages of 25
> and 54 were exposed to the messages contained
> in televised or printed forms of notice a
> minimum of five times ....  In addition, a
> reach and frequency analysis indicated that
> the settlement message reached 97% of women
> 35 years and older an average of 11.4 times
> and that it reached 81% of women 35 years and
> older a minimum of five times.  With respect
> to African-American women between the ages of
> 25 and 54, the reach and frequency analysis
> shows that the settlement message reached 97%
> of those women an average of 10.2 times and
> that 79% of African-American women between
> the ages of 25 and 54 viewed the message a minimum of
> five times.

-11-

Feb-20-04  11:28am  From-REED SMITH LLP                215-851-1417        T-292  P.013/018  F-550

Id. at 83 n.16 (citations omitted).

In support of plaintiffs' contention that their injuries occurred within two years of the filing of their complaint, they provide the court with affidavits from James H. Oury, M.D. and George K. Massing, M.D., both of whom opine that diet drug induced valvular heart disease is a latent disease. However, they say nothing about when the disease manifested itself in any of the plaintiffs.

Wyeth counters plaintiffs' position by referring to this court's ruling after receiving evidence on the latency issue at the fairness hearing in connection the nationwide class action Settlement Agreement.  The court determined in PTO No. 1415 that Pondimin and Redux did not cause latent heart valve injuries but rather that any injury occurred at or near the time of last use. In the August 28, 2000 Order approving the Settlement Agreement, Judge Bechtle stated:  "[t]he absence of a latency period between the ingestion of [the diet drug] and the development of clinically detectable [heart disease] is ... confirmed by a number of studies ... , [each of which finds] that there was no emergence of new disease after some latency period."  PTO No. 1415 at 46.

The plaintiffs in these matters are class members and as such were parties to the Settlement Agreement.  The issue of latency was actually litigated in the fairness hearing and is one of the same issues that the plaintiffs are now raising to defeat the bar of the statute of limitations.  Judge Bechtle's

-12-

determination of no latency, that is that the class members'
injuries occurred within a short time after ingesting fen-phen,
was an essential finding, for it directly affected the adequacy
of class representation. See PTO No. 1415 at 104-08.  Finally,
PTO No. 1415, in which Judge Bechtle approved the Settlement
Agreement, is a final and valid judgment, upheld on appeal.
Thus, plaintiffs are collaterally estopped from re-litigating the
issue of latency through the affidavits of Dr. Oury and Dr.
Massing.

                                IV.

        In light of the massive publicity concerning the health
risks associated with the use of diet drugs, the comprehensive
notice program associated with the settlement, and this court's
determination that diet drug induced valvular heart disease is
not a latent disease, we find that plaintiffs, through the
exercise of reasonable diligence, should have discovered their
alleged injuries at the very latest by the end of March, 2000.
Since plaintiffs did not file this action until December 30,
2002, their claims against their prescribing physicians are
clearly time barred.

        Accordingly, Wyeth has shown that the in-state
physician defendants are fraudulently joined.  We will deny the
motion of the plaintiffs to remand this action to the Circuit

                              -13-

Feb-20-04   11:26am   From-REED SMITH LLP                    215-851-1417        T-292  P.015/016  F-550

Court of Jones County, Mississippi and dismiss the complaint as
to these physician defendants.[5]

---

5.  Having determined that the court properly retains
jurisdiction over this action based upon the fraudulent joinder
of in-state physicians, we need not consider Wyeth's remaining
arguments for the exercise of federal jurisdiction.

-14-

# EXHIBIT 5

## DECLARATION OF SHARON L. TAYLOR

I, the undersigned, declare as follows:

1. My name is Sharon L. Taylor, and I am over the age of 18. I am an attorney with the law firm of Arnold & Porter, licensed to practice law in the District of Columbia and Maryland (inactive). Arnold & Porter is national counsel for Wyeth[1] in the diet drug litigation.

2. I submit this declaration in support of Wyeth's Notice of Removal to provide the Court with a small but illustrative sample of the extensive public information linking diet drugs with heart valve problems that was available in 1997-2000. I have personal knowledge of the materials described herein.

3. Wyeth is not endorsing the accuracy of these or any other public reports; it is merely documenting the extent of publicity the diet drugs received.

4. This declaration specifically provides illustrative examples of the massive nationwide and local publicity concerning (1) the July 1997 announcements about the possible association between certain diet drugs and valvular heart disease; (2) the withdrawal of those diet drugs from the market in September 1997; (3) the U.S. Department of Health and Human Services' warning in November 1997 that diet drug users should visit their

---

[1] American Home Products Corporation changed its name to Wyeth on March 11, 2002.

doctors for evaluation; and (4) diet drug litigation and the nationwide class action settlement of that litigation in 1999 and 2000.

**I.      Publicity Concerning the July 1997 Announcements About the Possible Association Between Diet Drugs and Valvular Heart Disease**

5. On July 8, 1997, the Mayo Clinic issued a press release describing health risks possibly associated with the use of diet drugs.[2]  The United States Department of Health and Human Services issued a similar press release that same day.[3]

**A.      National Publicity About Announcements Concerning Diet Drugs and Valvular Heart Disease**

6. The contents of the Mayo Clinic announcement were widely reported in the national press.  For example, *USA Today* and the *New York Times* both ran front-page articles concerning the report on July 9, 1997, bearing the headlines "Diet Drug Patients Get Heart Warning" and "2 Popular Diet Pills Linked to Problems With Heart Valves."[4]  *The Wall Street Journal* likewise ran an article that same day announcing that "Diet Drug Mix May Damage Heart Valves."[5]  *USA Today* ran similar follow-up articles

---

[2] Press release, Mayo Clinic, Valvular Heart Disease Associated with Fenfluramine-Phentermine (July 8, 1997).

[3] Press release, U.S. Dept. Health and Human Servs., Health Advisory on Fenfluramine/Phentermine for Obesity (July 8, 1997).

[4] Nancy Hellmich, *Diet Drug Patients Get Heart Warning*, USA TODAY, at 1A, July 9, 1997; Gina Kolata, *2 Popular Diet Pills Linked to Problems With Heart Valves*, N.Y. TIMES, at A1, July 9, 1997.

[5] Robert Langreth & Bruce Ingersoll, *Pharmaceuticals: Diet-Drug Mix May Damage Heart Valves*, WALL ST. J., at B1, July 9, 1997.

on July 10[6] and the *New York Times* addressed the issue again with an article published on July 11.[7]

### B.    Local Publicity About the Announcements

7. The Mayo Clinic announcement also received substantial publicity in local newspapers and television news broadcasts throughout the country.

8. News of the Mayo Clinic announcement was featured on the front pages of newspapers in the western United States. For example, on July 9, 1997, the *San Francisco Chronicle* ran a front-page story entitled "Diet Drug Mix May Be Deadly, FDA Warns" and provided extensive detail of the Mayo Clinic's findings.[8] The *Los Angeles Times* published an equally in-depth feature on the same date under the headline "Fen-Phen May Cause Damage to Heart Valves."[9] Other California newspapers ran comparable articles.[10]

---

[6] Nanci Hellmich, *Diet Drug Warning Puts Patients in Limbo*, USA TODAY, July 10, 1997, at 1D; Nanci Hellmich, *Diet Drug Risks Are a Balancing Act; Fen-Phen's Link to Heart-Valve Problems Raises Other Concerns*, USA TODAY, July 10, 1997, at 10D.

[7] Dana Canedy, *Diet Centers Reconsider Prescription Drug Use*, N.Y. TIMES, July 11, 1997, at D4.

[8] Chris Tomlinson, *Diet-Drug Mix May be Deadly FDA Warns*; '*Fen-Phen*' *Linked to Heart, Lung Damage*, SAN FRANCISCO EXAMINER, July 9, 1997, at A1.

[9] Terence Monmaney, *Fen-Phen May Cause Damage to Heart Valves*, LOS ANGELES TIMES, July 9, 1997, at A1.

[10] *See, e.g.*, Sharline Chiang & Yvette Cabrera, *Doctors, Diet Experts Split on Fen-Phen*, LOS ANGELES DAILY NEWS, July 9, 1997, at N8; Angela La Voie, *Diet-Drug Danger: Heart Ailment Linked to Fen-Phen*, LOS ANGELES DAILY NEWS, July 9, 1997, at N1; Michelle Nicolosi, *Mayo Study Links Heart Disease, 'Fen-Phen' Diet; Medicine: Doctors Are Warned About Wildly Popular Drugs*, ORANGE COUNTY REG. (Cal.), July 9, 1997, at A01; Chris Tomlinson, *Diet-Drug Combination 'Fen-Phen' Linked to Heart, Lung Damage*, METROPOLITAN NEW-ENTERPRISE (Los Angeles, Cal.), July 9, 1997; *Diet Pill Users File Civil Suit*, SAN FRANCISCO CHRON., July 10, 1997, at A24; *Lawsuit Filed Against Fen-Phen Firms*, LOS ANGELES TIMES, July 10, 1997, at D2; Michelle Nicolosi, *Warning Weighs on O.C. Dieters; Health: Talk at Obesity Clinics Centers Around*

[Footnote continued on next page]

9. Papers in other western states published similar articles. For example, the *Salt Lake Tribune* published a front-page article with the headline, "Deadly Diet?: With 'Fen-Phen,' You Might Lose More Than Pounds."[11] The article noted that the Mayo Clinic announcement might cause users to reevaluate the risks and benefits of the medication.[12]

10. In the Northeast, numerous newspapers—in addition to the *New York Times*, with its nationwide circulation—reported the findings of the Mayo Clinic announcement.[13] For instance, the *Times Union* in Albany, New York, printed a story entitled "Study Links Diet Drug Combination to Heart Valve Disease" and quoted a Mayo Clinic researcher who cautioned people not to use diet drugs for cosmetic purposes; rather, the researcher recommended that only obese people with health risks should use diet

---

[Footnote continued from previous page]
*Purported 'Fen-Phen' Problems*, ORANGE COUNTY REG. (Cal.), July 10, 1997, at B01; Ed Bond, *Is Fen-Phen Too Dangerous to Prescribe?*, LOS ANGELES TIMES, July 15, 1997, at B2; *Orange County Fen-Phen Users React to the News of Possible Health Effects; People: Many Believe the Drugs Caused Dizziness or Heart Problems; Others Say the Risks of Obesity Represent the Greater Danger*, ORANGE COUNTY REG. (Cal.), July 16, 1997, at E04; Kathleen Doheny, *Diet Doctors Watching Fen-Phen; Health: Some Centers Have Abandoned the Weight-Loss Drug Combo; But at Others, It's Merely Getting a Closer Look*, LOS ANGELES TIMES, July 16, 1997, at E1.

[11] *Deadly Diet?: With 'Fen-Phen' You Might Lose More Than Pounds*, SALT LAKE TRIB. July 9, 1997 at A1.

[12] *Id.*

[13] *See, e.g.*, David Brown, *Doctors Report 2 Diet Drugs May Be Linked to Heart Disease*, BUFFALO NEWS, July, 9, 1997, at A4; Roger Field, *Docs Link Diet Pill to Heart Ailments*, N.Y. POST, July 9, 1997, at 15; Gina Kolata, *2 Popular Diet Pills Linked to Problems with Heart Valves*, N.Y. TIMES, July 9, 1997, at A1; *'Fen-Phen' Suit Targets Diet Pill Combination*, BUFFALO NEWS, July 10, 1997, at A6; Sandra Boodman, *Tipping the Scale with Different Drugs*, BUFFALO NEWS, Sept. 23, 1997, at D3; *9 News at 10:00* (WWOR-TV television broadcast, July 8, 1997); *11 News at 10:00* (WPIX-TV television broadcast July 8, 1997); *4 News at 5:00* (WNBC-TV television broadcast, July 9, 1997); *7 News This Morning* (WABC-TV television broadcast, July 9, 1997).

drugs.[14] The Mayo Clinic announcement also was the subject of news broadcasts in New York City as well as elsewhere in the state. One New York news broadcast warned: "If you or someone you know are taking phen-fen to lose weight, this is a story you must hear. Researchers say the pills could put your health at risk."[15] After a clip of a Mayo Clinic researcher, the reporter continued: "Researchers are warning people they don't know what is worse, obesity or a drug combination used to treat it."[16] New York City's Fox News reported the heart trouble of an area woman who had open heart surgery after she took fen-phen and reported that the "Mayo Clinic and [the FDA] are warning millions of patients about taking the diet pill combination."[17]

11. Another northeastern newspaper, the *Boston Herald*, printed a front-page report explaining the Mayo Clinic announcement and the possibility of "requiring warning labels on the drugs" in light of the Mayo Clinic findings.[18] The Mayo Clinic announcement was published in the *Boston Globe* as well as other newspapers in smaller markets around Massachusetts.[19]

---

[14] Dolores Kong, *Study Links Diet Drug Combination to Heart Value Disease*, TIMES UNION (Albany, N.Y.), July 9, 1997, at A3.

[15] *2 News This Morning* (WCBS-TV television broadcast, July 9, 1997).

[16] *Id.*

[17] *5 News at 10:00* (WNYW-TV television broadcast, July 8, 1997).

[18] Michael Lasalandra, *Study Links Diet Pill Fen-Phen to Heart Problems*, BOSTON HERALD, July 9, 1997, at 01.

[19] *See, e.g.*, Dolores Kong, *Blend of Diet Drugs Tied to Heart Disease*, BOSTON GLOBE, July 9, 1997, at A1; *Obesity Cure May Harm Lungs and Heart*, PATRIOT LEDGER

[Footnote continued on next page]

12. Other examples of northeastern media coverage of the Mayo Clinic announcement appeared in the *News Journal* of Wilmington, Delaware, and *Delaware State News*. Both printed front-page stories with headlines, "Diet-Drug Combo May Be Deadly" and "Pill May Carry Extra Weight," respectively.[20] The *News Journal* explained the Mayo Clinic results and the forthcoming *New England Journal of Medicine* article, and both articles addressed potential side effects of the diet drugs.[21]

13. In addition, the Mayo Clinic announcement was the subject of massive media attention throughout the South. For example, the Ft.

---

[Footnote continued from previous page]
(Quincy, Mass.), July 9, 1997, at 04; Chris Tomlinson, *Diet Drug Linked to Heart, Lung Damage*, DAILY TRANSCRIPT (Dedham, Mass), July 9, 1997; Chris Tomlinson, *Diet Drug Linked to Heart, Lung Damage*, MIDDLESEX NEWS (Framingham, Mass.), July 9, 1997; *Diet Drug 'Fen-Phen' Carries Health Risks*, THE SUN (Lowell, Mass.), July 9, 1997; *Drug Combo Causes Worry*, GLOUCESTER COUNTY TIMES (Woodbury, N.J.), July 9, 1997; *Warning Issued on Diet-Drug Combination*, HARTFORD COURANT, July 9, 1997, at A4; Chris Tomlinson, *'Fen[Phen' Diet Pills May Be Riskier Than Obesity Condition: Researchers*, JOURNAL INQUIRER (Manchester, Conn.), July 9, 1997; Chris Tomlinson, *Government Warns of Diet-Drug Danger*, RECORD-JOURNAL (Meridien, Conn.), July 9, 1997; Judy Foreman, *Doctors Move Away from Prescribing 'Fen-Phen' Pairing*, BOSTON GLOBE, July 10, 1997, at B2; *Obesity-Drug Makers Sued*, PATRIOT LEDGER (Quincy, Mass.), July 10, 1997, at 04, Michael Lasalandra, *Redux Doc Defends Diet Pill*, BOSTON HERALD, July 10, 1997, at 7; Marjory Sherman, *In Fat War, Diet Pill Wins Praise*, EAGLE-TRIBUNE (Lawrence, Mass.), July 10, 1997, at A1; *FEN-PHEN: Suit Claims Risks Were Hidden*, MIDDLESEX NEWS (Framingham, Mass.), July 10, 1997; *Our Thinness Binge*, BOSTON GLOBE, July 11, 1997, at A22; Michelle Boorstein, *Possible Risks of Fen-Phen Leave Users Difficult Choice*, PATRIOT LEDGER (Quincy, Mass.); *Lessons of Fen-Phen*, REPUBLICAN-AMERICAN (Waterbury, Conn.), July 15, 1997; John MacDonald, *Hunch Leads to Diet Drug Warning*, MIDDLESEX NEWS (Framingham, Mass.), July 23, 1997; Joyce Clark, *Weight Loss Specialists Try Separating Phen from Fen*, HERALD (New Britain, Conn.), Aug. 19, 1997; Daniel Q. Haney, *U.S. Orders New Warnings Be Given for Diet Drugs*, PATRIOT LEDGER (Quincy, Mass.), August 28, 1997.

[20] *Diet-Drug Combo May Be Deadly*, NEWS J. (Wilmington, Del.), July 9, 1997, at A1; Kimberly Quillen, *Pill May Carry Extra Weight: 'Fen-Phen' May Cause Heart Problems*, DEL. STATE NEWS, July 10, 1997, at 1.

[21] *Diet-Drug Combo May Be Deadly*, NEWS J. (Wilmington, Del.), July 9, 1997, at A1.

Lauderdale *Sun-Sentinel* printed a front-page article providing readers with the typical symptoms of heart valve problems and recommending that patients using the medication "[d]iscuss the findings with [their] doctor[s]."[22] The *Tampa Tribune*, the *Orlando Sentinel*, and the *Miami Herald*, among others, published similar news reports about the Mayo Clinic's announcement.[23]

14. The Georgia media published comparable stories. For instance, the *Atlanta Journal* and the *Atlanta Constitution* published articles warning about diet drugs in July 1997 and early September 1997.[24] One such article appearing in the *Atlanta Journal* and entitled "Researcher: Weigh Risks Before Taking 'Phen-Fen,'" included an interview with Dr. Jack Crary, one of the physicians who participated in the Mayo Clinic research.[25] The possible association of valvular heart disease and diet drugs received further

---

[22] Nancy McVicar & Glenn Singer, *Study: Diet Drugs May Be Associated With Heart Disease 'Fen-Phen' Could Damage Valves, Doctors Conclude*, SUN-SENTINEL (Ft. Lauderdale, Fla.), July 9, 1997, at 1A.

[23] *See, e.g., Drug Combo Dangerous For Dieters*, TAMPA TRIB., July 9, 1997, at 2; *Fen-Phen May Hurt Heart and Lungs: The Millions Using the Diet Drugs Should be Checked for Heart-Valve Problems, The FDA Said*, ORLANDO SENTINEL, July 9, 1997, at A1; *Fen-Phen May Hurt Heart and Lungs*, ORLANDO SENTINEL, July 9, 1997, at A1; *Warning Issued on Diet Drug*, ST. PETERSBURG TIMES, July 9, 1997, at 1A; *Drug Combo Dangerous for Dieters*, TAMPA TRIB., July 9, 1997; Dolores Kong, *Warning: Diet-Drug Mix May Damage Heart Valves*, MIAMI HERALD, July 9, 1997, A1; *Scientists: Fen-Phen is Risky*, FL. TIMES-UNION, July 9, 1997, at A1; Editorial, *Set Definite Limits on Diet Pills*, ST. PETERSBURG TIMES (Fla.), July 10, 1997, at 18A; *Drug Warnings Spur Diet Debate*, ORLANDO SENTINEL, July 13, 1997, at A4; Craig S. Palosky, *Heart Problems May Lead State to Tougher Rules for Diet Pills*, TAMPA TRIB., Aug. 2, 1997, at 1.

[24] *See, e.g.*, Tomoko Hosak, *Diet Centers Watching, Waiting*, ATLANTA J., July 10, 1997, at G2; *Fen-Phen Pulled*, ATLANTA CONST., Sept. 4, 1997, at D3; *Fen-Phen Ban*, ATLANTA CONST., Sept. 10, 1997.

[25] *See* Ann Hardie, *Research: Weigh Risks Before Taking 'Phen-Fen': Recent Study Found Heart-Valve Problems in Users of Diet Drugs*, ATLANTA J., July 10, 1997.

attention on Georgia television stations in August 1997.[26]  For example, both

the CBS and the Fox affiliates began their nightly news programs with

features on the Mayo Clinic announcement.[27]

    15. The Mayo Clinic's announcement also was widely reported in

Louisiana, including newspapers in New Orleans and Baton Rouge.[28]  For

instance, a July 9, 1997, New Orleans *Times-Picayune* article entitled "Diet

Drug Combination May Be Bad For Heart" explained the chemical

mechanisms of fenfluramine and vividly described the appearance of heart

valve disease.[29]  A follow-up article on July 12, 1997, cautioned readers to

weigh the risks and the benefits of taking the drug.[30]

    16. Newspapers across North Carolina—including the Raleigh-

Durham-Chapel Hill area and Charlotte—also published reports about the

Mayo Clinic's announcement.[31]  For example, a July 9, 1997, article in the

*Greensboro News and Record* entitled "Study Shows Diet-Drug Mix Might

---

[26] *See Eyewitness News PrimeTime* (WAGA-TV television broadcast, Aug. 27, 1997); *WGNX News Tonight* (WGNX-TV television broadcast, Aug. 27, 1997).

[27] *Id.*

[28] *See, e.g.,* Chris Tomlinson, *Report Says Diet Drug Combo May Damage Heart, Lungs*, BATON ROUGE ADVOC. (La.), July 9, 1997, at 4A; *The Obese Should Weigh Diet Drug Risks*, NEW ORLEANS TIMES-PICAYUNE, July 10, 1997, at A2.

[29] David Brown, *Diet-Drug Combination May Be Bad For Heart*, NEW ORLEANS TIMES-PICAYUNE, July 9, 1997, at A5.

[30] Michelle Boorstein, *Dieters Must Weigh Fen-Phen Side Effects*, NEW ORLEANS TIMES-PICAYUNE, July 12, 1997, at A13.

[31] *Popular Diet-Drug Mix May Damage Heart Valves*, GREENSBORO NEWS & REC. (N.C.), July 9, 1997, at A6; *Study Links Heart, Lung Ills to 'Fen-Phen' Diet Drugs; FDA Asks Doctors to Check Patients, Report Any Problems*, NEWS & OBSERVER (Raleigh, N.C.), July 9, 1997, at A4; Chris Tomlinson, *'Fen-Phen' Diet Drugs Combo Can Be Dangerous*, CHARLOTTE OBSERVER, July 9, 1997, at 6A.

Be Harmful," reported the Mayo Clinic announcement and emphasized that the *New England Journal of Medicine's* decision to expedite the publishing process of the Mayo Clinic findings indicated an "urgency ... which the journal and the government ... reserved for only the most serious public health matters."[32]

17. The Mayo Clinic announcement received further extensive publicity in the central United States in stories appearing in a variety of major newspapers.[33]  For instance, on July 9, 1997, three major Ohio metropolitan daily newspapers – in Cincinnati, Columbus, and Cleveland – ran stories regarding the Mayo Clinic warning.[34]  In addition, on the same day, a San Antonio *Express-News* article entitled "FDA, Clinic Warn Diet Drug Combo Poses Serious Dangers" noted that the FDA responded to the Mayo Clinic findings by "sending letters to thousands of doctors asking them to immediately check fen-phen patients for valve problems."[35]  The *Dallas Morning News* printed an extensive front-page story entitled "FDA

---

[32] *Study Shows Diet-Drug Mix Might Be Harmful,* GREENSBORO NEWS & REC. (N.C.), July 9, 1997, at A6.

[33] *See, e.g.,* Leigh Hopper, *Heart-Valve Injury Seen in 24 Diet Pill Users,* AUSTIN AM.-STATESMAN, July 9, 1997, at A1; Chris Tomlinson, *Diet Drug Mix Linked to Lung, Heart Damage,* FORT WORTH STAR-TELEGRAM, July 9, 1997, at 1; Michelle Boorstein, *To Diet or Not; Fen-Phen Warning Complicates Weight-Loss Battles,* HOUSTON CHRON., July 13, 1997.

[34] Chris Tomlinson, *Diet Drug 'Fen-Phen' Dangerous, Study Says,* CLEVELAND PLAIN DEALER, July 9, 1997, at 9A; *Diet Drug Linked to Organ Damage,* CINCINNATI ENQUIRER, July 9, 1997, at A1; *Mayo Study Suggests Diet-Pill Mix May Damage Heart, Lungs,* COLUMBUS DISPATCH, July 9, 1997, at 2A.

[35] *FDA, Clinic Warn Diet Drug Combo Poses Serious Dangers,* SAN ANTONIO EXPRESS-NEWS, July 9, 1997, at 02A.

Warns Doctors About Diet Drug Combo; 24 Phen/Fen Users Have Same Heart Disease." The story quoted a Texas university doctor as saying that the report changed her opinion of the drugs.[36] Furthermore, the story quoted a Mayo Clinic researcher as saying that this announcement shifts the risks and benefits of taking the drugs by showing increased risks for the diet drug treatment.[37]

### C.    Publicity About Additional Reports of Heart Valve Damage

18. In late August 1997, another wave of national and local publicity accompanied the announcement that the FDA had received reports of 58 additional cases of heart valve damage allegedly attributed to diet drugs.[38]

---

[36] Sue Goetinck, *FDA Warns Doctors About Diet Drug Combo 24 Phen/Fen Users Have Same Heart Disease*, DALLAS MORNING NEWS, July 9, 1997, at 1A.

[37] *Id.*

[38] *CNN Early Prime* (CNN television broadcast, Aug. 27, 1997); *CNN Headline News* (CNN television broadcast, Aug. 27, 1997); *The Cavuto Business Report* (FOX television broadcast, Aug. 27, 1997); *All Things Considered* (NPR radio broadcast, Aug. 27, 1997); *Today's Business* (CNBC television broadcast, Aug. 27, 1997); *The O'Reilly Report* (FOX television broadcast, Aug. 27, 1997); *World News This Morning* (ABC television broadcast, Aug. 28, 1997); *Early Edition* (CNN television broadcast, Aug. 28, 1997); *Fox News Now* (FOX television broadcast, Aug. 28, 1997); *Good Morning America* (ABC television broadcast, Aug. 28, 1997); *MSNBC News* (MSNBC television broadcast, Aug. 28, 1997); *CBS Morning News* (CBS television broadcast, Aug. 28, 1997); *58 More Fen-Phen Cases Cited*, HOUSTON CHRON., Aug. 28, 1997; *58 More Cases of Heart Valve Damage Linked to Diet Drugs*, DALLAS MORNING NEWS, Aug. 28, 1997, at 6A; *More Reports Link Diet Pills to Heart Valve Damage*, SAN ANTONIO NEWS-EXPRESS, Aug. 28, 1997, at 1A; Daniel Q. Haney, *Diet Drug Tied to More Problems*, BRYAN–COLLEGE STATION EAGLE, Aug. 28, 1997; Daniel Q. Haney, *58 More Heart Cases Found in Fen-Phen Users*, FORT WORTH STAR-TELEGRAM, Aug. 28, 1997, at A3; Daniel Q. Haney, *Diet Drug Linked to More Problems*, CONROE COURIER (Conroe, Tex.), Aug. 28, 1997; *More Reports Link Diet Pills to Heart Valve Damage*, SAN ANTONIO EXPRESS-NEWS, Aug. 28, 1997, at 1A *7; News at 5:30* (KTBC-TV Aug. 28, 1997); *13 News at 5:00* (KTRK-TV Aug. 28, 1997); *13 News at 10:00* (KTRK-TV Aug. 28, 1997); *58 Cases of Fen-Phen Damage Reported to FDA*, SAN GABRIEL VALLEY TRIBUNE (Covina, Calif.), Aug. 28, 1997; *58 Cases of Fen-Phen Damage Reported to FDA*, PASADENA STAR-NEWS, Aug. 28, 1997; *58 New Heart Cases Are Believed to Be Tied to Fen-Phen Use*, CONTRA COSTA TIMES (Walnut Creek, Calif.), Aug. 28, 1997;

[Footnote continued on next page]

[Footnote continued from previous page]

*FDA Links 58 New Cases to Diet Drugs,* SAN MATEO COUNTY TIMES (San Mateo, Calif.), Aug. 28, 1997; *Fen-Phen Labels will Warn of Possible Heart Damage,* DAILY REVIEW (Hayward, Calif.), Aug. 28, 1997; *More Heart Cases Linked to Fen-Phen,* DAILY BREEZE (Torrance, Calif.), Aug. 28, 1997, at A1; *More Fen-Phen Heart Damage,* SACRAMENTO BEE, Aug. 28, 1997; *More Heart Damage Tied to 'Fen-Phen,'* ORANGE COUNTY REGISTER, Aug. 28, 1997; *Diet Drug Linked to More Ailments; Warning Ordered,* NEWS PILOT (San Pedro, Calif.), Aug. 28, 1997; Daniel Q. Haney, *More Cases of Heart Damage May Be Tied to Diet Drug,* SUN (San Bernadino, Calif.), Aug. 28, 1997, at A4; *More Damage Linked to Fen-Phen,* NORTH COUNTY TIMES (Escondido, Calif.), Aug. 28, 1997; Daniel Q. Haney, *More Heart Cases Linked to Diet Drug,* OUTLOOK (Santa Monica, Calif.), Aug. 28, 1997; Daniel Q. Haney, *Heart Damage Linked to Diet Drug,* LOS ANGELES TIMES, Aug. 28, 1997; *FDA Mandating Warnings on Diet Drugs,* SAN JOSE MERCURY NEWS, Aug. 28, 1997; *58 More 'Fen-Phen' Users Have Damaged Heart Valves,* SAN FRANCISCO EXAMINER, Aug. 28, 1997; Daniel Q. Haney, *FDA Warns of Increased Diet Pill Risk,* PRESS-ENTERPRISE (Riverside, Calif.), Aug. 28, 1997; *More Health Problems Linked to Diet Drug,* DAILY CALIFORNIAN (El Cajon, Calif.), Aug. 28, 1997; Daniel Q. Haney, *More Cases of Heart Damage Linked to Diet Drugs,* SAN DIEGO DAILY TRANSCRIPT, Aug. 28, 1997; Daniel Q. Haney, *FDA Adds Warning to Fen-Phen,* PRESS-TELEGRAM (Long Beach, Calif.), Aug. 28, 1997; *13 News at Noon* (KOVR-TV Aug. 28, 1997); *3 News at 5* (KCRA-TV Aug. 28, 1997); *KUSI Morning News* (KUSI-TV Aug. 28, 1997) *5 News This Morning* (KPIX-TV Aug. 28, 1997); Larry Tye, *FDA Requests Diet Drug Firms Issue Warnings,* BOSTON GLOBE, Aug. 28, 1997, at A1; Daniel Q. Haney, *More Heart Cases Linked to Diet Drug,* STANDARD-TIMES (New Bedford, Mass.), Aug. 28, 1997; Daniel Q. Haney, *Cases of Heart Damage Linked to Diet Drugs,* ADVOCATE (Stamford, Conn.), Aug. 28, 1997; Daniel Q. Haney, *Heart Damage Feared Linked to Diet Drugs,* GREENWICH TIME (Greenwich, Conn.), Aug. 28, 1997; *More Cases of Heart Damage Linked to Diet Drugs,* CONNECTICUT POST (Bridgeport, Conn.), Aug. 28, 1997; *More Heart Damage Linked to Diet Drugs,* NEWS-TIMES (Danbury, Conn.), Aug. 28, 1997; *More Fen-Phen Cases,* JOURNAL INQUIRER (Manchester, Conn.), Aug. 28, 1997; *Heart Damage Linked to Drug,* REPUBLICAN-AMERICAN (Waterbury, Conn.), Aug. 28, 1997, at A1; *FDA to Require Diet Drug Warning Labels,* NEW HAVEN REGISTER (New Haven, Conn.), Aug. 28, 1997; *Heart Damage Linked to Drug,* RECORD-JOURNAL (Meridien, Conn.), Aug. 28, 1997; Daniel Q. Haney, *New Warnings Required for Popular Diet Drug,* JOURNAL INQUIRER (Manchester, Conn.), Aug. 28, 1997; Daniel Q. Haney, *New Labels Ordered for Diet Pills,* HOUR (Norwalk, Conn.), Aug. 28, 1997; *FDA Orders Warning Label on Diet Drug,* PROVIDENCE JOURNAL-BULLETIN, Aug. 28, 1997; *More Heart Damage Cases Linked to Diet Drugs,* TIMES (Pawtucket, R.I.), Aug. 28, 1997; *5 News at 12:00* (WCVB-TV Aug. 28, 1997); *5 News at 5:00* (WCVB-TV Aug. 28, 1997); *5 News at 11:00* (WCVB-TV Aug. 28, 1997); *4 News at 5:00* (WBZ-TV Aug. 28, 1997); *7 News at 5:00* (WHDH-TV Aug. 28, 1997); *New England Cable News* (NECN-TV Aug. 28, 1997); *5 News Eyeopener* (WBZ-TV Aug. 29, 1997); *3 News at 5:30* (WFSB-TV Aug. 28, 1997); *More Cases of Heart Damage Reported Among Fen-Phen Users,* FLORIDA TIMES-UNION, Aug. 28, 1997; *New Heart Valve Cases Linked to Fen-Phen,* ORLANDO SENTINEL, Aug. 28, 1997, at A3; *More Heart Disease Linked to Diet Drug,* ST. PETERSBURG TIMES, Aug. 28, 1997, at 3A; *4 News at 5:00* (WFOR-TV Aug. 28, 1997); *7 News at 6:30* (WSVN-TV Aug. 28, 1997); *28 News at 5:30* (WFTS-TV Aug. 28, 1997); *10 News This Morning* (WTSP-TV Aug. 28, 1997); *10 News at Noon* (WTSP-TV Aug. 28,

[Footnote continued on next page]

## II.  Publicity Concerning Withdrawal of Diet Drugs From the Market in September 1997

19. When Wyeth withdrew Pondimin and Redux from the market on September 15, 1997, Wyeth issued a press release stating that the company was withdrawing the drugs based on "new, preliminary information regarding heart valve abnormalities in patients using these medications."[39] The press release detailed this new information:

> On Friday afternoon, September 12, 1997, the FDA provided Wyeth-Ayerst with new summary information concerning abnormal echocardiogram findings in asymptomatic patients seen in five centers. These patients had been treated with fenfluramine or dexfenfluramine for up to 24 months, most often in combination with phentermine. Abnormal echocardiogram findings were reported in 92 of 291 subjects evaluated, including 80 reports of aortic regurgitation (mild or greater) and 23 reports of mitral regurgitation (moderate or greater).[40]

---

[Footnote continued from previous page]
1997); Daniel Q. Haney, *More Heart Damage Linked to Diet Drug*, CLEVELAND PLAIN DEALER, Aug. 28, 1997; *Evidence Mounts Against Fen-Phen*, CINCINNATI ENQUIRER, Aug. 28, 1997; *58 Cases of Heart Damage Reported*, COLUMBUS DISPATCH, Aug. 28, 1997; *More Heart Damage Tied to Diet Drug*, SPRINGFIELD NEWS-SUN (Springfield, Ohio), Aug. 28, 1997; Daniel Q. Haney, *New Heart Cases Prompt Warning*, DAYTON DAILY NEWS, Aug. 28, 1997; *Fen-Phen Warnings Ordered*, CINCINNATI POST, Aug. 28, 1997, at 1A; *More Cases of Damage to Heart Tied to Diet Drugs*, BLADE (Toledo, Ohio), Aug. 28, 1997; *Good Morning Cincinnati* KRC-TV Aug. 28, 1997); *19 News at Noon* (WOIO-TV Aug. 28, 1997; *8 Is News This Morning* (WJW-TV Aug. 28, 1997); *More Cases of Heart Damage Linked to Fen-Phen Diet Pill*, SALT LAKE TRIB., Aug. 28, 1997, at A6; *FDA Orders New Warning on Fen-Phen and Redux*, DESERET NEWS (Salt Lake City, Utah), Aug. 28, 1997.

[39] Press Release, Wyeth-Ayerst Laboratories, Pondimin and Redux to be Voluntarily Withdrawn (Sept. 15, 1997).

[40] *Id.*

The press release accordingly advised: "Patients who have used either of these products should contact their physicians."[41]

20. In addition to its press release, Wyeth took out full-page advertisements in leading national and regional newspapers announcing its decision to withdraw those diet drugs from the market. The advertisements ran in approximately 150 newspapers nationwide.[42] These ads led with a banner in large print declaring: "An Important Message To Patients Who Have Used Pondimin or Redux."[43] The ads then emphasized: "Patients who have used either Pondimin or Redux should contact their physicians."[44] The ads also informed readers of new information concerning abnormal heart valve findings in individuals without symptoms who had taken Redux or Pondimin.[45] The advertisement provided a toll-free number for patients to use if they had any questions.

21. Wyeth also sent a "Dear Health Care Provider Letter" to approximately **450,000** doctors and pharmacists informing them of the withdrawal of the diet drugs from the market and their potential association

---

[41] *Id.*

[42] *See* Letter from P. Wygonik to C. Greenberg, (Oct. 8, 1997) AHP-X-00050044 (listing 150 newspapers that published the advertisement).

[43] *An Important Message to Patients Who Have Used Pondimin or Redux* (newspaper advertising copy).

[44] *Id.*

[45] *Id.*

with heart valve damage.[46]  The letter stated that "[p]atients will be advised to contact their physicians."[47]

22. The FDA issued a press release on September 15, 1997, announcing the withdrawal of Pondimin and Redux.[48]  The FDA press release explained that the drugs were being withdrawn based on echocardiogram findings in diet drug users:

> These findings indicate that approximately 30 percent of patients who were evaluated had abnormal echocardiograms, even though they had no symptoms.  This is a much higher than expected percentage of abnormal test results.[49]

The FDA also advised that "[u]sers of these two products should contact their doctors to discuss their treatment."[50]

23. Interneuron issued a press release at the time of the market withdrawal.[51]  The press release, titled "Redux™ to Be Voluntarily Withdrawn; Pondimin Also to Be Withdrawn," stated:

> [O]n ... September 12, 1997, the FDA provided the companies with new summary information

---

[46] Letter from Marc W. Deitch, M.D., Senior Vice President, Medical Affairs, Wyeth-Ayerst Laboratories to Healthcare Providers (Sept. 15, 1997); see Wyeth Press Release (stating that letter was mailed to approximately 450,000 health care providers).

[47] See Letter from Marc W. Deitch, M.D., Senior Vice President, Medical Affairs, Wyeth-Ayerst Laboratories to Healthcare Providers (Sept. 15, 1997).

[48] Press Release, Food and Drug Administration, FDA Announces Withdrawal of Fenfluramine and Dexfenfluramine (Sept. 15, 1997).

[49] Id.

[50] Id.

[51] Press Release, Interneuron Pharmaceuticals, Inc., Redux to Be Voluntarily Withdrawn; Pondimin Also to Be Withdrawn (Sept. 15, 1997).