Josephine Garcia v. Wyeth-Ayerst                                    Volume 3, A.M. Session

```
 1    evidence.  Anything else on that?
 2              (Exhibit 2 admitted into evidence.)
 3              THE COURT:  I did have one question on the
 4    others because I have started -- I haven't completed
 5    reading them.  Do you have any idea of which order
 6    you're going to present Essner and Smith-Cox?  Are
 7    those -- both are in marketing issues; correct?
 8              MR. MILLER:  Yes, Your Honor.
 9              THE COURT:  Because my guess is some of it
10    is going to be cumulative, but it depends on who
11    goes first.  So I'm wondering what the order is you
12    propose.
13              MR. MILLER:  We propose Smith-Cox before
14    Essner, I believe.
15              THE COURT:  Then I'm going to have to look
16    back at those because I read the other one first,
17    and --
18              MR. MILLER:  Sorry.
19              THE COURT:  That's okay.  I'll just
20    examine it.  So assuming Smith-Cox is first, I'll
21    then be able to better evaluate whether evidence is
22    cumulative.
23              MR. MILLER:  I understand.
24              MR. GROSSI:  Your Honor, while we're still
25    on the preliminaries on scheduling, I'm wondering
```

1    if, following the long weekend, plaintiff's counsel

2    can give us any more information on whether they

3    are, in fact, going to call the other nine or ten

4    live witnesses that are still scheduled.  There may

5    be eight.

6              THE COURT:  How do we look on your --

7              MR. MILLER:  I think we're going to lose a

8    few videos.  I'm trying not to lose any live

9    witnesses.  Trying to do them quickly, is my goal,

10   is to do them quickly, get them on and off.

11             THE COURT:  So as of now, is the schedule

12   in this order of presentation still hopefully close

13   to intact?

14             MR. MILLER:  I think it's reasonably

15   intact.  I think I'll lose a video or two, is my

16   best estimate, like for my time crunch, but if the

17   Court holds the defendants to their

18   cross-examination of Dr. MoyT, something I perceive

19   reasonable, I can still get it all done.

20             THE COURT:  Okay.  So they're all still

21   potential.  I guess we'll check at the end of the

22   day and maybe at the end of the day tomorrow and see

23   how it looks.

24             MR. GROSSI:  Thank you, Your Honor.

25             THE COURT:  I also got a letter regarding

```
 1   exhibits which I had requested.  To me they're just

 2   numbers right now.  I haven't cross-referenced them

 3   to my notes.  Do we want to take this up now, or is

 4   this something we can do when there's another break

 5   in the testimony?

 6              MR. MILLER:  I prefer to take it up later.

 7   Now we're moving into potential jury time, if we

 8   could.

 9              THE COURT:  Is that all right with the

10   defense?

11              MR. BLEAKLEY:  Yes.

12              THE COURT:  Okay, we'll hold off on those.

13   Any other preliminary matters before we bring the

14   jury down?

15              MR. MILLER:  No, Your Honor.

16              THE COURT:  Got everybody here, Mike?

17   We'll bring the jury down.  We'll be in recess, and

18   then we'll continue with evidence.

19              (A recess was taken.)

20              (The jury entered the room.)

21              THE COURT:  Good morning, members of the

22   jury.  Welcome back today.  I hope you had a

23   pleasant weekend.

24              We are ready to continue with evidence.

25   Last week we, of course, heard the opening
```

1    statements of the attorneys and then we heard four

2    witnesses on behalf of the plaintiff.  So we are

3    still hearing evidence on behalf of the plaintiff at

4    this point in the trial.  So once again I turn to

5    Mr. Miller.

6             Mr. Miller, additional evidence.

7             MR. MILLER:  Thank you, Your Honor.  We

8    call the plaintiff, Josephine Garcia.

9             THE COURT:  Ma'am, if you'll come forward,

10   you'll be seated up here to testify.  Watch the

11   wires, if you would.  Before you sit down, I do need

12   to place you under oath.

13                JOSEPHINE L. GARCIA,

14       after having been first duly sworn under oath,

15       was questioned and testified as follows:

16            THE COURT:  Direct examination,

17   Mr. Miller.

18            MR. MILLER:  Thank you, Your Honor.

19                 DIRECT EXAMINATION

20   BY MR. MILLER:

21       Q    Good morning.

22       A    Good morning.

23       Q    You'll have to speak loud enough so these

24   good folks can hear you.  They're the ones who need

25   to hear you.  Who are you?

Josephine Garcia v. Wyeth-Ayerst                                    Volume 3, A.M. Session

Page 363

```
 1        A      Josephine L. Garcia.

 2        Q      You call yourself Josie?

 3        A      Josie.

 4        Q      May I call you Josie?

 5        A      You may call me Josie.

 6        Q      How old are you, Josie?

 7        A      I'm 49.

 8        Q      Where were you born?

 9        A      In Albuquerque, New Mexico.

10        Q      All right.  Lived in New Mexico your whole

11   life?

12        A      I have.

13        Q      Where did you go to high school?

14        A      I went to Highland High School in

15   Albuquerque.

16        Q      Okay.  You got married at some point?

17        A      Yes.

18        Q      How old were you?

19        A      20.

20        Q      Okay.  Now, I hate to ask a lady this, but

21   as we go along and tell your story, I'm going to ask

22   you your weight every now and then.

23        A      That's fine.

24        Q      That's part of the story here.

25        A      That's fine.
```

Josephine Garcia v. Wyeth-Ayerst                                    Volume 3, A.M. Session

Page 364

```
 1      Q     When you got married, how much did you

 2    weigh?

 3      A     When I got married -- okay, now you're

 4    getting into --

 5      Q     Just ballpark.

 6      A     Okay, that's fine.  Because I had my

 7    daughter eight months later.  So we got married, I

 8    was probably around 150.

 9      Q     Okay.  Before you got pregnant with the

10    baby, how much did you weigh?

11      A     Probably about 130.

12      Q     Okay.  You're about how tall?

13      A     5'2".

14      Q     Okay.  So you married -- how many years

15    ago did you get married, then?

16      A     28.

17      Q     Okay.  And you're married to the

18    gentleman --

19      A     Jerry Garcia.

20            MR. MILLER:  Would you stand up, Jerry?

21      Q     You all have been married 28 years?

22      A     Yes, sir.

23      Q     And you have how many kids?

24      A     Just the one.

25      Q     And where do you work?
```

Josephine Garcia v. Wyeth-Ayerst                                    Volume 3, A.M. Session

Page 365

```
 1        A      I work at American General Financial
 2    Services.
 3        Q      How long have you worked for them?
 4        A      Next month will be my 23rd year.
 5        Q      Okay.  You and Jerry own your own home?
 6        A      Yes, we do.
 7        Q      And where is that?
 8        A      It's located in the southwest valley of
 9    Albuquerque, on ^Gardener, Southwest, 2612 Gardener
10    Southwest.
11        Q      How long have you lived there?
12        A      About ten years.
13        Q      Okay.  Have any grandkids?
14        A      Two beautiful grandkids.  Love of my life.
15        Q      I want to talk about your medical history.
16    Okay?
17        A      Okay.
18        Q      In your entire life have you ever had
19    any -- did you ever have a disease called rheumatic
20    fever?
21        A      Never.
22        Q      Did you ever have a disease called scarlet
23    fever?
24        A      No, sir.
25        Q      Okay.  Did you ever have diabetes?
```

```
 1       A     No, sir.

 2       Q     Okay.  Have you ever had hyperlipidemia?

 3       A     No, sir.

 4       Q     Okay.  Do you smoke?

 5       A     No, sir.

 6       Q     Have you ever smoked?

 7       A     No, sir.

 8       Q     Do you drink?

 9       A     Wine, every now and then.  If I finish it,

10    fine.  If I don't, I don't drink.

11       Q     How often?

12       A     Once or twice a year.

13       Q     Okay.  Have you ever taken

14    over-the-counter herbal diet stuff?

15       A     No, sir.

16       Q     Okay.  Did you ever do illegal drugs?

17       A     No, sir.

18       Q     Okay.  Let's talk about before you took

19    Redux, okay?  We all know when you took it.  You

20    took it from April of 1997 to the day that

21    Dr. Thomas called you, and we'll talk about that

22    more in a minute.  But let's talk about your medical

23    history before you took Redux.

24       A     Okay.

25       Q     In your whole life, did you ever have
```

Josephine Garcia v. Wyeth-Ayerst                    Volume 3, A.M. Session

Page 367

```
 1    shortness of breath before you took Redux?

 2         A    No, sir.

 3         Q    Did you ever have any heart complaints

 4    before you took Redux?

 5         A    No, sir.

 6         Q    Okay.  Did you ever have any lung

 7    complaints before you took Redux?

 8         A    No, sir.

 9         Q    Did you ever see a doctor before you took

10    Redux for a heart problem?

11         A    No, sir.

12         Q    Or a suspected heart problem?

13         A    No, sir.

14         Q    Did you ever have an echocardiogram before

15    you took Redux?

16         A    No, sir.

17         Q    Did you ever think you needed one before

18    you took Redux?

19         A    No, sir.

20         Q    Okay.  Now, we've gotten your medical

21    records and both agreed to introduce them into

22    evidence, and we know from them that you started

23    seeing Dr. Thomas about 1989.

24         A    Yes, sir.

25         Q    He became your family practitioner?
```

Josephine Garcia v. Wyeth-Ayerst                                    Volume 3, A.M. Session

Page 368

```
 1        A     Yes, sir.

 2        Q     Was he your treating doctor then?

 3        A     Yes.

 4        Q     And why did he stop becoming your treating

 5   doctor?

 6        A     He died, and I don't know the exact date.

 7   I don't remember.  I'm sorry.

 8        Q     How did he pass on?  What was the problem?

 9        A     I believe it was cancer.  We just went in

10   one day, and then as we went in, he wasn't there,

11   and couldn't get an appointment, and then before we

12   know it, he had passed away.

13        Q     All right.  I'm looking at Dr. Thomas'

14   records, and I note here that you first see him,

15   looks like May of 1989, you weighed 136 pounds.

16   Does that sound about right?

17        A     Yes.

18        Q     Before I go through that a little bit

19   more, let me ask you a few questions about, say,

20   your mom.  Is your mom heavy?

21        A     My mom is heavy.

22        Q     I hate to bring her medical history out

23   here, but to the extent it might be relevant,

24   approximately how much does your mom weigh?

25        A     I'd say my mom is probably about 5'4" and
```

```
 1    weighs about 230.

 2         Q     Okay.  How old is Mom?

 3         A     My mom is about 75.

 4         Q     Does she have any heart problems?

 5         A     No.

 6         Q     Do you have any sisters?

 7         A     I have two sisters.

 8         Q     How many brothers do you have?

 9         A     And seven brothers.

10         Q     Ten of you?

11         A     Ten of us.

12         Q     Anybody with heart problems?

13         A     No.

14         Q     Is your sister heavy, have a weight

15    problem?

16         A     Both of my sisters have weight problems.

17         Q     And just ballpark, what do they weigh?

18         A     My baby sister, Brenda, is probably about

19    5'4", and Brenda -- we never really talked about it,

20    but she probably weighs about 275.  And my other

21    sister is Shirley.  She's my big sister, and she is

22    probably about 5'3", and she probably weighs about

23    220.

24         Q     Okay.  Now, between your two sisters and

25    your mom, do any of them have valvular
```

Josephine Garcia v. Wyeth-Ayerst                              Volume 3, A.M. Session

Page 370

1    regurgitation?

2         A     No.

3         Q     Do any of them have any form of valvular

4    heart disease?

5         A     No.

6         Q     Have either of your sisters or your mom

7    ever been diagnosed with pulmonary hypertension?

8         A     No.

9         Q     Did your sister or your mom take Redux?

10        A     No.

11        Q     Did your sisters or your mamma take

12   Pondimin?

13        A     No.

14        Q     We're going to ask more specifically, but

15   we know you don't weigh 136 pounds now.  I want to

16   ask you generally, have you tried to exercise over

17   your life and eat healthy to maintain a healthy --

18        A     I always tried to exercise.  I think, like

19   everybody, you always try to exercise and eat right.

20   Part of your day.

21        Q     Well, and I want some specifics.  You have

22   been living down there for ten years.  What do you

23   do alone, or with Jerry, or with Anita, your

24   daughter, to sort of try to get some exercise?  What

25   would be your typical weekly pattern like that?

Josephine Garcia v. Wyeth-Ayerst                                        Volume 3, A.M. Session

Page 371

```
 1        A     Now?

 2        Q     Let's talk about before you took Redux.

 3        A     Oh, before I took Redux, we would ride

 4   bikes and we'd go to the lake and we'd -- you know,

 5   at the lake you take walks, we'd go to Elephant

 6   Butte and take walks and just -- you know, we

 7   weren't the kind that went home and put jogging

 8   suits on and -- you know, exercise like that, but we

 9   would exercise.  We'd go out and take walks and go

10   to the mall and things like that, take the girls

11   out, go to swimming.  Might be in the lake with

12   them.  Things like that.

13        Q     Did you always feel pretty active?

14        A     I always felt active, sure.

15        Q     Did you prepare your own meals?

16        A     Oh, uh-huh.  Prepared my own meals,

17   cleaned my own house.

18        Q     Okay.

19        A     Things like that, vacuumed my own house.

20        Q     What kind of meals would you prepare for

21   you and your family?

22        A     Just your typical meals.  I wish I could

23   say beans and tortillas, but unfortunately, I don't

24   make beans and tortillas.  So the spaghetti and, you

25   know, just the typical -- the steaks and -- I don't
```

Josephine Garcia v. Wyeth-Ayerst                                    Volume 3, A.M. Session

```
 1   know.  Just your typical dinners that you go make at

 2   home, and you look in the refrigerator, your

 3   hamburger, hamburgers and things like that, salads,

 4   you know.  At the time.

 5       Q    All right.  Now, looking at Dr. Thomas'

 6   records, it looks like he put you on a diet medicine

 7   called Tenuate back in 1991.  You went from 136

 8   pounds in 1989.  Looks like you were 147 pounds two

 9   years later in 1991.  What year was your daughter

10   born?

11       A    She was born in 1974.

12       Q    Okay.  So you sort of gained ten pounds,

13   it looks like, over the course of two years.  Do you

14   remember that in particular or --

15       A    I don't remember.  No.

16       Q    Okay.  Your blood pressure, by way of

17   example, in March of 1991 was 120, looks like, over

18   110, but then two months later it was 164 over 112.

19   Were you -- did there come a time in the early 1990s

20   when Dr. Thomas said you were having a little bit of

21   high blood pressure?

22       A    Right.

23       Q    And it looks like when you had this high

24   blood pressure, 164 over 112 in May of 1991, you

25   only weighed 138 pounds?
```

Page 373

```
 1        A     Right.

 2        Q     Did Dr. Thomas attribute your starting of

 3   high blood pressure to your weight or to anything in

 4   particular, or what?

 5        A     I don't remember, Mr. Miller.  I don't

 6   believe it was anything in particular.

 7        Q     Okay.

 8        A     I think I just --

 9        Q     He put you on some medicine for high blood

10   pressure?

11        A     Uh-huh.

12        Q     Try to take your medicine like you were

13   supposed to?

14        A     Always.

15        Q     Did you trust Dr. Thomas?

16        A     I trusted Dr. Thomas.

17        Q     Let me ask you about your medical

18   background.  You told us you graduated from high

19   school.  Did you ever have any medical training

20   after that?

21        A     No.

22        Q     Did you ever have any medical training in

23   your life?

24        A     No medical training in my life.

25        Q     After you got out of high school, did you
```

```
 1    go right into the banking finance business?

 2         A    Yes.

 3         Q    As what?  A secretary or --

 4         A    I started at the bottom with -- there was

 5    a company called GAC, and I started with them, and

 6    from there I think we've been several companies.

 7    Banks and finance companies buy each other out.  So

 8    the names I can remember are GAC, Manufacturers

 9    Hanover, CIT, and now we've been American General

10    Financial Services for -- AIG just bought out

11    American General Financial Services, so --

12         Q    You have been with whatever that company

13    is called since you got out of high school?

14         A    Uh-huh.  Yes, sir.

15         Q    And you told us you had ten brothers and

16    sisters.  Does anybody have any medical training in

17    that bunch?

18         A    No.

19         Q    You don't have a nurse in the bunch?

20         A    No.

21         Q    Or a doctor?

22         A    No.

23         Q    Daddy a doctor or a nurse, or mom?

24         A    No.

25         Q    Jerry -- is he in the medical field?
```

Page 375

```
 1      A    No.

 2      Q    Okay.  Fine.

 3      A    Nine brothers and sisters.

 4      Q    Excuse me.  I'm sorry.  So when -- you

 5   trusted Dr. Thomas to give you medical advice.

 6      A    Yes.

 7      Q    Okay.  Let's -- so I see you slowly

 8   gaining some weight here over the '90s.  You're

 9   seeing Dr. Thomas, it looks like, about once a month

10   for 1992, 1993, 1994.  If not once a month, every so

11   often.  What's going on with these visits?  What is

12   Dr. Thomas saying, what are you saying, what's going

13   on?

14      A    I would visit him for my blood pressure

15   pills and he would give me some advice about my

16   weight and things like that.

17      Q    Okay.  Now, you have got high blood

18   pressure, you're not that heavy, slowly gaining

19   weight.  Are you short of breath during these 1992,

20   1993, 1994 period?

21      A    No.  No.

22      Q    All right.  Looks like by 1995 you're up

23   to 158 to 160 pounds, and he's got you on the blood

24   pressure medicine.  You're working full-time during

25   all this?
```

Page 376

```
 1      A    In 1995?  Yes.

 2      Q    Yes, ma'am.

 3      A    Yes.

 4      Q    And from 1991 to 1995, the whole period?

 5      A    Yes.

 6      Q    All right.  We're getting closer to the

 7  events that are the basis of this lawsuit.  I look

 8  and see that in 1996 you're taking blood pressure

 9  medicine he's prescribing you.  You're taking a drug

10  called Adipex, which we know to be a brand name for

11  phentermine.

12      A    Uh-huh.

13      Q    And that's -- you're taking that to help

14  you with your weight?

15      A    Yes.

16      Q    How did you first hear about Redux, this

17  drug that these folks decided to manufacture?

18      A    It was just in women's magazines and I

19  read it and talked to him about it.

20      Q    So you read about it in a magazine, so you

21  go to see Dr. Thomas and who brings it up?  You or

22  him?

23      A    I think I had brought it up.  I just

24  told -- asked him if he had heard about Redux and he

25  said yes.
```

Page 377

```
 1        Q    Did you know at the time that Dr. Thomas

 2   had been visited approximately 30 some times by a

 3   sales rep for this company about Redux?

 4        A    No.

 5             MR. BLEAKLEY:  Objection, Your Honor.  No

 6   foundation for that testimony.

 7             THE COURT:  I'll allow the answer, no, to

 8   stand.

 9             MR. MILLER:  Okay.

10        Q    Did you know that the drug had been in

11   some reports associated -- or that the company had,

12   anyway -- with valvular heart disease?

13        A    No.

14        Q    Did Dr. Thomas tell you that he knew the

15   drug had been associated with valvular heart

16   disease?

17        A    No.

18        Q    What did Dr. Thomas tell you about the

19   drug and whether you could take it in April of 1997?

20        A    He just -- when I asked him about it, what

21   I remember is, I asked him about it and he said,

22   "Sure," and then he opened a drawer and took out a

23   book and he looked at the book and he said, "Sure,

24   you can take it."  And he took me off -- I was on

25   Zoloft, and he let me -- he took me off the Zoloft
```

Josephine Garcia v. Wyeth-Ayerst                                    Volume 3, A.M. Session

Page 378

```
 1    and --

 2         Q    So he took you off Zoloft.  Did he also

 3    take you off the Adipex?

 4         A    Yes.

 5         Q    And he gave you a prescription on April

 6    17, 1997, for Redux?

 7         A    Yes, sir.

 8         Q    You went, the records indicate, the next

 9    day or the day after, the next two days and went to

10    the store and you got yourself a bottle of Redux;

11    right?

12         A    Yes, sir.

13         Q    Okay.  Was there any sort of label in

14    there that you tried to read?

15         A    If I remember correctly, there was just

16    your labels that you get, that you get and you go to

17    your -- when you take your pill and you try to read

18    them.

19         Q    Make any sense to you?

20         A    Just like any -- like I said, I just have

21    a high school background, and you try to read it and

22    you just -- I just said, Dr. Thomas gave it to me

23    and I'm going to take it.

24         Q    Okay.  Did you get any sort of starter kit

25    that we've heard defense counsel talk about?
```

Page 379

```
 1        A     No.   I don't remember a starter kit.

 2        Q     Okay.   Started talking Redux.   Did you

 3    lose weight?

 4        A     Sure.   Uh-huh.

 5        Q     How much did you lose over the four and a

 6    half, five months you took it before the drug was

 7    pulled off the market?

 8        A     If I remember correctly, I believe it was

 9    about 30 pounds.   I'm not sure.

10        Q     Did you know before you took the drug

11    that, as you have seen from memos from this

12    corporation, that people who took the drug have a

13    tendency to gain the weight back after they stop

14    taking the drug?   Did you know that when you started

15    taking it?

16            MR. BLEAKLEY:   Objection, leading.

17            THE COURT:   Counsel, approach the bench.

18            (At the bench.)

19            THE COURT:   Sustain the objection,

20    Mr. Miller.   If you're asking her questions that you

21    know she's going to say "I don't know anything about

22    it," they need to be a bit less specific.   "Did you

23    know anything about this sort of topic or had anyone

24    told you that," as opposed to you testifying through

25    your questions.
```

```
 1              MR. MILLER:  That's fine, Your Honor, I
 2    will.
 3              (In open court.)
 4              MR. MILLER:  Madam Court Reporter, if I
 5    get to talking too fast, let me know.  I'm trying to
 6    slow down for you.
 7         Q    Did you know whether or not there was any
 8    of the things that we've seen from the memos of this
 9    corporation about whether or not you may or may not
10    gain weight back after taking this drug?
11         A    No, sir.  No.
12         Q    So you went back and you saw Dr. Thomas
13    again, at that time, the records indicate on the 7th
14    of May 1997 and he gave you another 30-day supply --
15         A    Right.
16         Q    -- of Redux.
17         A    Right.
18         Q    Any words of caution or warning from
19    Dr. Thomas on that visit?
20         A    No.
21         Q    And you -- did you go to the pharmacy and
22    fill that prescription of Redux?
23         A    Yes, sir.
24         Q    And I want to walk through each one of
25    them.  Don't mean to be too tedious, but -- all
```

Page 381

```
 1   right.  So you go back and see Dr. Thomas again in
 2   June or July and get more Redux; is that right?
 3        A    Yes.
 4        Q    Looks like from here it's July 9th, 1997,
 5   and the records indicate -- did you go to a pharmacy
 6   and fill that prescription?
 7        A    Yes, sir.
 8        Q    Did you take the drug as it was prescribed
 9   to take?
10        A    Yes.
11        Q    And how was that?
12        A    It was two a day.
13        Q    So when did you take them?
14        A    I would take one in the morning and then
15   probably take another one around 1:00 or 2:00 in the
16   afternoon.
17        Q    All right.  Now, you go see Dr. Thomas
18   again in August 19th, and he gives you another
19   prescription of Redux.
20        A    Right.
21        Q    Any words of warning then?
22        A    No.
23        Q    Okay.  You go to the drugstore and fill
24   that prescription.
25        A    Yes.
```

```
 1        Q    You take those Redux?

 2        A    Yes.

 3        Q    Okay.  Did there come a time when

 4   Dr. Thomas called you and discussed with you whether

 5   you should be taking Redux?

 6        A    Yes.

 7        Q    Okay.  And what did he -- where were you

 8   when he called you?

 9        A    I was at home.  And I don't remember the

10   specific time of day, but the phone rang and I

11   picked it up and the phone at the other end picked

12   up, too.  We have -- Jerry was in the garage.  My

13   husband was in the garage.

14             And Dr. Thomas just simply said, "Josie,

15   those drugs were just -- the drug I gave you, Redux,

16   was just taken off the market," and he told me just

17   simply to stop taking them.

18        Q    Did you follow his instructions and stop

19   taking them?

20        A    I did.

21        Q    Did he ask you to come in and see him?

22        A    Yes, he asked me to come in and see him.

23        Q    Did you follow his instructions on that?

24        A    Yes.

25        Q    The records indicate that you, in fact,
```

Page 383

```
 1    were in his office the day after this drug was
 2    pulled off the market on September 16th, 1997.
 3         A    Yes.
 4         Q    Did he put you on a different kind of
 5    medicine at that time?
 6         A    I believe he did.
 7         Q    The records indicate he put you back on
 8    Adipex, the drug you had been on before you asked
 9    for Redux.
10         A    Right.
11         Q    And back on Zoloft.
12         A    Right.
13         Q    Did you follow his instructions and take
14    those drugs?
15         A    Yes.
16         Q    Okay.  Now, we know you saw Dr. Thomas for
17    the remainder of 1997, and the last visit with him
18    was St. Patrick's Day, March of 1998.  Is that --
19    why did you stop seeing him then, again?
20         A    He passed away.
21         Q    Okay.  Well, did he tell you before he
22    passed away he was going to shut his practice down?
23         A    No.  No.  There was no -- it was just kind
24    of -- you couldn't get -- yeah.
25         Q    All right.  And you stopped seeing him in
```

```
 1    March of 1998, and we know in April of 1998 you
 2    start seeing who, ma'am?
 3         A    Dr. Kassicieh.  Dr. Sam, I call him.
 4         Q    Dr. Sam, but his last name is what?
 5         A    Kassicieh.
 6         Q    Where is his office located?
 7         A    His office is located probably -- let's
 8    see.  Probably about a mile north on Isleta,
 9    Southwest.  Bridge, so he's on Bridge, actually.
10         Q    He's in the South Valley?
11         A    Yes.
12         Q    How did you pick him?
13         A    I believe I just called the office and
14    asked the young lady where most of Dr. -- the one
15    that passed way, Dr. Thomas -- where his patients
16    were going, and they said Dr. Kassicieh, so I went
17    to go see Dr. Sam.
18         Q    Okay.  You saw him for the first time in
19    April of 1998.
20         A    Yes.
21         Q    Is that right?  Okay.
22         A    Yes.
23         Q    Then he started being your treating
24    physician?
25         A    Yes.
```

1      Q    And looks like you have seen him about

2  once a month, 1998, 1999, still seeing him as we sit

3  here?

4      A    Yes.

5      Q    All right.  I note that your records

6  indicate you're paying cash.  Why would you go see a

7  doctor that you have to pay cash for if you have

8  some other benefit or opportunity under some plan to

9  go somewhere else?

10     A    I guess I'm always at work, resist change,

11 so I just like my doctor, and that's the doctor that

12 I like and I'm comfortable with, and I stay with

13 him.

14     Q    Did you --

15     A    He's always been very good to me.

16     Q    Did you say the same thing with -- did you

17 pay cash to see Dr. Thomas as well?

18     A    Yes.

19     Q    Okay.  All right.  Are you able to see the

20 same doctor each time when you go to Dr. Kassicieh's

21 office or do you get a different doctor each time?

22     A    Same.  Dr. Kassicieh.

23     Q    Is that important to you?

24     A    It is.

25     Q    Looks like Dr. -- well, I'll ask you, has

```
 1    Dr. Kassicieh been treating you, then, for your
 2    hypertension, for your high blood pressure?
 3         A    Yes.  Yes.
 4         Q    Did there come a time when you had a new
 5    symptom or symptoms that you told Dr. Kassicieh
 6    about?
 7         A    Yes.
 8         Q    And what were those symptoms and -- what
 9    were those symptoms?
10         A    It was just I was just having shortness of
11    breath and fatigue, just unusual fatigue and unusual
12    shortness of breath.
13         Q    About when did that start coming on?
14         A    Probably in around 1998.
15         Q    What did he do for it?
16         A    Well, I think -- the shortness of breath,
17    you know, was just -- I would just explain it to
18    him.  And the fatigue -- he would give me B12 shots
19    and things like that.
20         Q    Okay.  Seem to help any?
21         A    Not really.  The shortness of breath and
22    the fatigue continued.  It's not like I was a new
23    person, no.  It just continued.
24         Q    If I go out here and try to run all the
25    way to Fort Marcy, I'm going to be short of breath.
```

Page 387

1   But at some point we all get short of breath.

2       A   Right.

3       Q   What I'm asking is:  What made this

4   different?

5       A   It was just different.  It was just a

6   shortness of breath, it would -- and I understand

7   what you say, that you're running.  This was just

8   happening when I would just be walking or, you know,

9   I couldn't do it anymore, can't complete it and the

10  shortness of breath would -- I just couldn't catch

11  my breath when walking and things like that.  Just

12  unusual.  It was different.

13      Q   Did you persist in telling Dr. Kassicieh

14  about this?

15      A   I don't know if I could use the word

16  "persist."  I told him about it, but like I said, it

17  wasn't like I knew something different was

18  happening.  And I talked to him about it, and he

19  continued to say, you know, as it got worse, to let

20  him know, and the B12 shots, and things like that.

21  I guess --

22      Q   Did there come a time when he sent you to

23  the New Mexico Heart Institute?

24      A   Yes.

25      Q   Okay.  And we know that was in the spring

Josephine Garcia v. Wyeth-Ayerst                                    Volume 3, A.M. Session

Page 388

```
 1    of 2000.

 2          A      Right.

 3          Q      Okay.   Did you know what an echocardiogram

 4    was before then?

 5          A      No.   No.

 6          Q      You went to the New Mexico Heart

 7    Institute.

 8          A      Right.

 9          Q      You saw we know Dr. Narins.

10          A      Right.

11          Q      And he did an echocardiogram on you?

12          A      Right.

13          Q      And what did they tell you the findings

14    were on that echocardiogram?

15          A      On the first one?

16          Q      Yes.

17          A      He said I had mild mitral and pulmonary

18    hypertension and thickening of the arteries.

19          Q      Thickening of the arteries or the valves?

20          A      The valves, I'm sorry.

21          Q      Okay.   Did that concern you?

22          A      Well, of course it did.   I think when you

23    hear all of these things, you're very concerned.

24          Q      Okay.   Did you take that information back

25    to Dr. Kassicieh?
```

Josephine Garcia v. Wyeth-Ayerst                                    Volume 3, A.M. Session

Page 389

1        A    Yes.

2        Q    Okay.  Did he continue to treat you?

3        A    Yes.

4        Q    Okay.  Now, did Dr. Narins tell you

5    whether they wanted you to have another echo once a

6    year?

7        A    Yes, he suggested that every -- just due

8    to my Redux use, he said he's not -- what do you

9    call it -- he's not a specialist in it or anything,

10   but just due to the Redux use, he suggested that I

11   go back once a year for it.

12       Q    Okay.  When you went back a year later,

13   did you get to see Dr. Narins again?

14       A    No.  It was a completely -- it was a

15   doctor, a different doctor.  An older gentleman.

16       Q    We know you made four trips to New Mexico

17   Heart Institute.  Did you get to see the same doctor

18   twice ever?

19       A    No.

20       Q    Did that bother you?

21       A    Again, that's why I stay with

22   Dr. Kassicieh, probably, the same doctor.  And the

23   Heart Institute is very professional and things like

24   that, but you just see different doctors.

25       Q    All right.  So you get the second echo, we

1    know, in June of 2001.

2         A    Right.

3         Q    Did the doctors there -- you told us they

4    talked about Redux.  Did they also talk to you about

5    your high blood pressure?

6         A    Yes.

7         Q    And what did they tell you about that?

8         A    About my high blood pressure?  They just

9    said to watch my salt intake, and he increased -- if

10   I don't get the dates confused, I believe they

11   increased my blood pressure medicine, medication.

12        Q    Okay.  Did they ask you to get a blood

13   pressure cuff and take your blood pressures?

14        A    Yes.

15        Q    Now, the first time you got a blood

16   pressure cuff, who gave it to you?

17        A    Dr. Kassicieh.  Again, I went to his

18   office and he had one there, and he gave it to me.

19        Q    Okay.  And were you?

20        A    And I -- he gave it to me.

21        Q    Were you able to use that one?

22        A    Well, when he -- it's one of the ones that

23   you put like that and I didn't know how to use it,

24   so I didn't use it faithfully, no.

25        Q    Did you get another one that you could

Josephine Garcia v. Wyeth-Ayerst                                      Volume 3, A.M. Session

Page 391

1    use?

2         A    Yes.  Jerry and I went on our weekly

3    Wal-Mart trip and we saw them over there, the ones

4    that you just put on you, and they do it

5    automatically for you.

6         Q    So you got one of those?

7         A    Yes.

8         Q    And you had one of those for how long now?

9         A    I have had that for probably a couple of

10   years.

11        Q    Do you faithfully take your blood

12   pressure?

13        A    I faithfully take it as often as I can.

14   But again, if I'm feeling not feeling well, then

15   I'll take it.  But I don't sit down at a specific

16   time every morning and take it, no.

17        Q    Okay.  Fair enough.  Now, there did come a

18   time when you had high blood pressure enough to be

19   put in the hospital?

20        A    Yes.

21        Q    And we know that was in October of 2001.

22        A    Yes.

23        Q    So why don't you tell us what happened,

24   please.

25        A    I had went to the -- I had went to work

Josephine Garcia v. Wyeth-Ayerst                                    Volume 3, A.M. Session

Page 392

```
 1    that day.  That morning I woke up and went to go
 2    turn off the alarm, and I fell over.  I was really
 3    dizzy.  And Jerry had already been up and was in the
 4    other room, and I kind of hit my head and I just got
 5    up and I said, "That's just weird.  I got up kind of
 6    dizzy."
 7              So I still was well enough to go to work.
 8    And then when I got to work, I was kind of just
 9    still dizzy all day.  And I had a doctor's
10    appointment scheduled and being the manager of a
11    branch, everybody was kind of running around busy.
12    I said I want to cancel it but no, this is
13    important, I better go.  So I went.
14        Q    Who was that appointment with?
15        A    I think it was a lady, Dr. Ellen Bernier.
16        Q    A nurse practitioner?
17        A    Yes, sir.
18        Q    All right.  And they put you in the
19    hospital?
20        A    Yes.
21        Q    And you were in the hospital for a couple
22    of days?
23        A    A week, I think.
24        Q    Oh, okay.
25        A    I believe.
```

Page 393

```
 1        Q     All right.  And they gave you -- did they

 2   give you more blood pressure medicines?

 3        A     Yes, they increased my -- they did all

 4   kinds of tests and then they increased my blood

 5   pressure medicine.  Uh-huh.

 6        Q     And did that control your blood pressure?

 7        A     Yes.

 8        Q     And once they got your blood pressure

 9   under control, did they also do an echo on that

10   visit?

11        A     Yes.

12        Q     While you were in the hospital?

13        A     Yes.

14        Q     Okay.  And they brought an echo machine, a

15   portable machine to your room?

16        A     Into the room.  Yes.

17        Q     Okay.  And then you were discharged from

18   the hospital after a period of time.  That's in the

19   records?

20        A     Right.

21        Q     And you had a follow-up visit and how were

22   you doing at the follow-up visit?

23        A     Everything was doing okay.

24        Q     Since that time, in October of 2001, about

25   14 months ago, has your blood pressure been well
```

1    controlled?

2        A    It has been.

3        Q    Have you been seeing Dr. Kassicieh every

4    month since then?

5        A    Yes.

6        Q    Okay.  Has Dr. Kassicieh told you to do

7    something about your blood pressure you haven't

8    done?

9        A    No.

10       Q    Have you always complied with and done

11   what your doctors have told you?

12       A    Yes.  I think that -- I think maybe once

13   or twice I have not taken my blood pressure

14   medicine, but I get right back on it, I remember it

15   and take it.  Not at the same time every day, but

16   I'll take it.

17       Q    Okay.  Have you -- when is the last time

18   you saw Dr. Kassicieh?

19       A    Dr. Kassicieh, probably a couple of weeks

20   ago.

21       Q    Okay.  All right.  Now, there came a time

22   when you needed your 2002 echo.  You decided to go

23   to Nevada to get that echo?

24       A    Right.

25       Q    Tell these folks how the decision came