1    about to go to Nevada to get that echo.

2         A    Well, I called Dr. -- I called up Dr. --

3    doctors and attorneys -- I called my attorney, just

4    told him that we were going to Las Vegas.  And he

5    suggested that I see a Dr. Stahl over there for an

6    echo because he was a level-3 doctor, very

7    experienced, and had a higher-quality echo machine,

8    and suggested that I see him.

9         Q    Did he tell you whether the doctor had

10   worked in the field of --

11        A    He was a Fen-Phen --

12             MR. BLEAKLEY:  Objection.  He didn't

13   finish the question, and I'm going to have an

14   objection to the question --

15             THE WITNESS:  I'm sorry.

16             MR. BLEAKLEY:  -- when it is finished.

17             THE COURT:  Hang on a minute, ma'am.  Let

18   me hear the question.

19        Q    Did he tell you whether this doctor had

20   been approved by this defendant to do

21   echocardiograms?

22             MR. BLEAKLEY:  Leading.

23             THE COURT:  Sustained.

24             MR. MILLER:  I'll with- --

25        Q    What, if anything, did your attorney --

```
 1    you're talking about your attorney, Mr. Caruso?

 2        A    Mark Caruso.

 3        Q    He told you that this doctor was a level

 4    3, a higher --

 5        A    Yes.  A higher --

 6        Q    -- level than the doctors you'd seen in

 7    the New Mexico Heart Institute?

 8        A    Yes.

 9        Q    Did he tell you anything else about that

10    doctor and his experience with doing echoes on

11    people that had taken this drug either for other

12    lawyers or anyone else?

13        A    Yes, he told me that he was an

14    AHP-approved doctor, American Home Products approved

15    doctor, that was -- that was working with Fen-Phen

16    cases for them.

17        Q    Did it make sense to you, then, to go up

18    there and see what this doctor had to say?

19        A    Yes, I was comfortable going up there,

20    completely.

21        Q    And we know this doctor to be a Dr. Stahl.

22        A    Correct.

23        Q    Did you get a chance to sit down with

24    Dr. Stahl?

25        A    When I did my echo?
```

```
 1       Q     Or anytime thereafter.

 2       A     Yes, after.

 3       Q     Okay.  Now, did Dr. -- do you have --

 4  what's your intention for your 2003 echo?  Where are

 5  you going to get that done?

 6       A     I intend to -- I have made Dr. Stahl and

 7  Dr. Kassicieh my primary doctors.  So Dr. Stahl I

 8  plan to see once a year, and again, if things

 9  progress, if I feel worse, then I'll see him sooner.

10       Q     Did Dr. Stahl promise you, if you go back

11  to the Heart Institute of Nevada where he works,

12  that you'll see him, or will you see anybody up

13  there?

14       A     I'll see Dr. Stahl.

15       Q     Now, you told us about getting the

16  shortness of breath.  Did there come a time when you

17  had any other sort of symptoms that were new that

18  came on?

19       A     It was the shortness of breath and the

20  fatigue.

21       Q     Okay.  All right.  Okay.  Let me ask you,

22  have you ever had swelling in your extremities?

23       A     I'm sorry.  Yes.  The swelling of --

24  sometimes I would have to wear socks to work until

25  it came down.
```

```
 1        Q     When did that start coming on?

 2        A     Probably again 1998, 1999, just -- and I

 3   just leave a pair of socks under my desk also.

 4        Q     Okay.  Now, we know from the medical

 5   records that at some point in time -- I believe it

 6   was about -- the records will reflect -- but I think

 7   it was January of 2002, ten months ago, you took a

 8   trip to San Diego to see a pulmonary hypertension

 9   specialist out there.

10        A     Right.

11        Q     What was his name?

12        A     Dr. Richard Chanick.

13        Q     And how did you find out about him?

14        A     Well, Jerry is my husband, and of course,

15   he did some research and things like that, and he

16   had -- somebody had told him about a pulmonary

17   hypertension place that you could call for a

18   booklet.  And we got the booklet and we read it, and

19   Jerry caught that name in it and looked it up and

20   made me an appointment and we went to go see him.

21   Jerry was just comfortable with me seeing a

22   specialist like that for --

23        Q     Did you go even though you weren't sure

24   whether your work would help pay for this or not?

25        A     Yes.
```

```
 1        Q     And we know from the records that
 2    Dr. Chanick did something called a right heart
 3    catheterization on you.
 4        A     Right.
 5        Q     That's -- explain the way you -- what they
 6    did to you in that process.
 7        A     Explain what they did?  It was -- I don't
 8    know.  Just a big -- he had me do exercises and a
 9    machine and he went in, I think, with a scope.
10        Q     Into your leg?
11        A     Yes.
12        Q     And then after that procedure was
13    performed, obviously, you came back to New Mexico
14    and went back to work.
15        A     Right.
16        Q     We're now in about January of 2002, about
17    a year ago.
18        A     Uh-huh.
19        Q     Your shortness of breath about the same?
20    Is it getting better?  Is it getting worse?  What's
21    going on here?
22        A     It's getting -- it's getting worse as time
23    goes on.  You know, I don't know when it's going to
24    happen, and it's just progressing worse.
25        Q     Talk about what you could do and can't do
```

```
 1    in terms of your shortness of breath.  Like you're

 2    doing your housework that you used to do?

 3         A    No.  I can start to vacuum a room and then

 4    I have -- before, I could vacuum the whole house,

 5    and clean, before all of this started up.  And now

 6    you pull out the vacuum and, you know, maybe a room,

 7    and then you have to sit down.

 8         Q    So who does the vacuuming?

 9         A    Jerry.  Jerry will do the vacuuming and --

10         Q    Please don't tell my wife.  All right?

11         A    It's nice.  Very supportive.

12         Q    How about going to the grocery store?  Are

13    you able to go, haul the groceries in, or --

14         A    I can go to the grocery store and I can

15    bring it, but I always have to make sure that

16    somebody is home, or I'll take Marissa, my

17    granddaughter that's nine, or make sure somebody is

18    home to help me carry them in.

19         Q    We all know that we're all supposed to get

20    some exercise so we can stay healthy.  Are you able

21    to get the exercise you used to get, now that you

22    have got this shortness of breath?

23         A    No.  No.

24         Q    But you try?

25         A    I try.
```

1        Q    Tell us about it.  How do you try?

2        A    Jerry and I will -- you know, will walk,

3   will park the car and walk.  But you know, I'll have

4   to walk at a much slower pace, and I'll have to stop

5   and, you know, just catch my breath and breathe and

6   it's just -- it's just awful when you feel like you

7   just can't do it anymore, and you try, and you want

8   to.

9        Q    At my request, did you go all the way to

10  Washington, D.C. to see Dr. Oskoui?

11       A    Yes.

12       Q    And he examined you?

13       A    Yes, sir.

14       Q    And you were hoping that he would do a

15  test there, but I didn't happen.  What test was

16  that?

17            MR. BLEAKLEY:  Objection, Your Honor.

18  Leading.  Mr. Miller's testifying.

19            MR. MILLER:  I'll rephrase.

20            THE COURT:  Rephrase the question,

21  Mr. Miller.

22       Q    What did you understand Mr. Oskoui was

23  going to do when you went to Washington, D.C.?

24       A    He was going to review my records and then

25  do another echo, I believe.

Josephine Garcia v. Wyeth-Ayerst                                    Volume 3, A.M. Session

Page 402

```
 1          Q     And what happened?  Did that get done?

 2          A     No, it didn't get done.  His tech had left

 3     or something.

 4          Q     What day of the week was that?

 5          A     It was on a Friday.

 6          Q     All right.  Did you then come back to

 7     Albuquerque on when?  Was it the same day or some

 8     other day, or --

 9          A     I came back, I think, I believe, that

10     evening, uh-huh.

11          Q     All right.  But Dr. Oskoui examined you?

12          A     Yes.

13          Q     Did he put a stethoscope up to your heart

14     and listen?

15          A     Yes.

16          Q     All right.  Josie, let's sort of go to the

17     bottom line here.  You heard Dr. Oskoui come in here

18     last week.  He thinks within five to ten years

19     you're going to need surgery.  How do you feel about

20     that?

21          A     It's pretty scary.  I have worked my whole

22     life, worked myself from the bottom up to this

23     company, and it's pretty scary.  And I wish I'd

24     never heard of this drug.  I just wish to God I

25     never heard of this drug, I'll tell you.  My life
```

Josephine Garcia v. Wyeth-Ayerst                                    Volume 3, A.M. Session

```
 1   was -- before, it was just normal, like all of us.

 2   And this drug is terrible, terrible.

 3        Q    If you had known, Josie, that this drug

 4   causes valvular heart disease in people that take

 5   it, would you have taken the drug?

 6        A    No.  I wouldn't have taken it.  I wouldn't

 7   have taken it.

 8        Q    If you would have known you were going to

 9   gain back all the weight you were able to lose

10   during the period you were on the drug, would you

11   have taken it?

12        A    No.

13        Q    Did you keep trying hard to keep the

14   weight off after you had to quit the drug, the drug

15   was pulled off the market?

16        A    I always tried to lose weight.  I always

17   try and eat right and exercise.

18        Q    How much do you weigh now?  I hate to ask

19   a lady --

20        A    That's all right.  I weigh probably -- I

21   think I weigh about 190.

22        Q    What happens when you try to go for those

23   walks you used to go for before you were on Redux?

24        A    Maybe halfway, then we have to make a

25   decision whether we're going to turn around, and we
```

Page 404

```
 1    usually turn around.  Nine times out of ten we turn

 2    around.

 3         Q    All right.  Josie, answer the questions of

 4    one of the lawyers for the defendant now, if you

 5    would.  Okay?

 6         A    Okay.  Thank you.

 7              THE COURT:  Cross-examination?

 8                    CROSS EXAMINATION

 9    BY MR. BLEAKLEY:

10         Q    Thank you, Your Honor.  Good morning,

11    Mrs. Garcia.

12         A    Good morning.

13         Q    Good morning, ladies and gentlemen.  Do

14    you prefer to be Mrs. Garcia, or Ms. Garcia, or you

15    don't care?

16         A    I don't care.  Whatever you prefer.

17         Q    Ms. Garcia, it is true, is it not, that

18    none of the treating physicians that you have seen

19    in New Mexico, including all the cardiologists, has

20    ever told you that you have valvular heart disease

21    caused by taking Redux?

22         A    Correct.

23         Q    Not one of the four different

24    cardiologists that you have seen in New Mexico,

25    right?  None of them has told you you have valvular
```

1    heart disease --

2        A    Correct.

3        Q    -- caused by taking Redux?

4        A    The four in New Mexico -- at the Heart

5    Hospital?  Is that what you're talking about?

6        Q    Yes.

7        A    Correct.

8        Q    None of your New Mexico treating

9    physicians has ever told you that you have pulmonary

10   hypertension caused by taking Redux, have they?

11       A    Dr. Kassicieh has not said that it was

12   caused by Redux.  He says he's not an expert in it.

13       Q    None of the New Mexico treating physicians

14   that you have seen, including the cardiologists, has

15   ever told you that you're going to need valve

16   surgery in five to ten years, have they?

17       A    I'm sorry, could you repeat the question?

18       Q    None of the New Mexico treating

19   physicians --

20       A    Correct, New Mexico.  Correct.

21       Q    -- including the four cardiologists --

22       A    Correct.

23       Q    -- has ever told you that you're going to

24   have to have valve surgery.

25       A    Correct.

Josephine Garcia v. Wyeth-Ayerst                                    Volume 3, A.M. Session

Page 406

1       Q     The doctor that you went to see up in

2   Las Vegas, Nevada, Dr. Stahl, didn't tell you that

3   you had valvular heart disease caused by taking

4   Redux, did he?

5       A     Yes, he did.

6       Q     He did?

7       A     Yes.

8       Q     And is that in his medical records?

9       A     I'm not sure if it's in his medical

10  records.

11      Q     But your testimony is that Dr. Stahl told

12  you that you had valvular heart disease caused by

13  taking Redux?

14      A     Yes.

15      Q     And did he tell you you were going to have

16  to have valve surgery in five to ten years?

17      A     Valve surgery or valve replacement, yes.

18      Q     Did he tell you that you'd have to have it

19  in five to ten years?

20      A     Yes.

21      Q     Did he tell you that there was -- what

22  percentage chance did he tell you that you were

23  going to have to have valve surgery in five to ten

24  years?

25      A     I don't remember percentage.  I don't

```
 1    remember percentage chance.  I'm sorry.
 2         Q    Did he say that it was a little bitty
 3    chance, or that it was more than 50 percent chance?
 4         A    I don't think we talked about percentages.
 5    If we did, I don't remember it.
 6         Q    And did Dr. Chanick ever tell you that you
 7    had valvular heart disease or any other disease
 8    caused by taking Redux?
 9         A    No, I don't believe so.
10         Q    And when you went to see Dr. Oskoui in
11    Washington, at Mr. Miller's request, did he tell
12    you, when you went to see him, that you had valvular
13    heart disease caused by taking Redux?
14         A    Yes.
15         Q    And did he tell you that you would have to
16    have valve surgery within five to ten years?
17         A    Yes.
18         Q    And is that reflected in his medical
19    records?
20         A    I'm not sure.  I don't have his records.
21         Q    Have you asked for them, to see whether
22    there's anything in there?
23         A    No, I haven't.
24         Q    Now let's turn to your visit to see
25    Dr. Thomas back in April of 1997.  In his opening
```

```
 1    statement to the jury -- you were here for

 2    Mr. Miller's opening statement, were you not?

 3         A    Yes, sir.

 4         Q    In his opening statement, Mr. Miller told

 5    the jury that Dr. Thomas was the one who suggested

 6    Redux to you.  Do you remember him saying that to

 7    the jury in his opening statement?

 8         A    No, I don't.

 9         Q    In any event, you know that that's not the

10    case.

11         A    That Dr. Thomas suggested that I take it?

12         Q    Right.

13         A    As I remember it, we had talked about it

14    and I -- again, he could have brought it up and I

15    said, "Yes, I have heard that -- I have read it in

16    magazines," but I don't remember.

17         Q    Didn't you testify that you had read about

18    it and you suggested it to Dr. Thomas and asked him

19    whether he would prescribe it?

20         A    Right.

21         Q    And your testimony is that Dr. Thomas did

22    not provide you with any written information about

23    Redux when he prescribed it?

24         A    No.

25         Q    Your testimony is that this, called the
```

Josephine Garcia v. Wyeth-Ayerst                                    Volume 3, A.M. Session

Page 409

1    Redux starter kit, was not provided to you by

2    Dr. Thomas?

3        A    I don't remember seeing it.

4        Q    Did Dr. Thomas provide you with any

5    written information whatsoever about Redux?

6        A    No, sir.

7        Q    Your testimony is that you did not receive

8    from Dr. Thomas a patient information sheet that

9    described the circumstances and the conditions under

10   which you should take the drug?

11       A    No, sir.  I don't remember it.

12       Q    Is it your testimony that Dr. Thomas did

13   not tell you who should take the drug and who should

14   not take the drug?

15       A    No, sir.

16       Q    Is it your testimony that Dr. Thomas did

17   not provide you any information regarding possible

18   side effects of the drug?

19       A    No, sir.  Like I said, he opened a drawer

20   and looked at a book, and --

21       Q    Was that the Physician's Desk Reference?

22       A    I don't know what kind of book -- I didn't

23   focus on the book at all.  I'm sorry.

24       Q    Now, Mrs. Garcia, you have been here for

25   the last several days listening to the evidence.  Is

Page 410

```
 1    it your testimony that you had never heard of and

 2    never been told about the risks of primary pulmonary

 3    hypertension from taking drugs like this?

 4         A    Correct.

 5         Q    Never heard it before?

 6         A    No, sir.

 7         Q    Is it your testimony that if you had heard

 8    that in rare cases these drugs could cause primary

 9    pulmonary hypertension, you never would have used

10    it?

11         A    Correct.

12         Q    But you did not -- as I understand your

13    testimony, you did not rely on any written

14    information provided by Wyeth to Dr. Thomas or to

15    you in making your decision to take Redux.

16         A    Okay, I didn't rely on any information?  I

17    was reading something -- like I said, I had read

18    something and it was all small writing and stuff,

19    and I just relied on my doctor.

20         Q    But what my question -- and it wasn't a

21    very good question.  I'll start over again.

22         A    Okay.  I'm sorry.

23         Q    Did you rely, in making your decision to

24    take Redux, on any information that was provided to

25    you or to Dr. Thomas by Wyeth?
```

1    A    I relied on my doctor.

2    Q    Did you rely on any information that Wyeth

3    provided to your doctor in making your decision

4    whether to take this drug?

5    A    Did I rely on any information given to my

6    doctor?

7    Q    Or given to you.

8    A    Or given to me?

9    Q    By Wyeth.

10    A    I think I would rely on information given

11    to my doctor, if I trusted my doctor.  I'm getting

12    confused on the question, I guess.

13    Q    Well, I don't blame you.  It's a poor

14    question.  Both times it was a poor question.  I'll

15    try one more time.

16        Your testimony, as I understand it, is

17    that this patient information sheet -- you never saw

18    it.

19    A    No, sir.  I don't remember seeing it.  I

20    don't remember.

21    Q    And if you never saw it, then you didn't

22    rely on it; right?

23    A    Is that with the information pack?  Is

24    that what you're saying?

25    Q    In fact, I will represent to you that this

Page 412

1    is one of the things that was included in the Redux

2    starter kit.

3         A    I don't remember.  I'm sorry.

4         Q    Well, now, I think it's important for you

5    to tell us and tell the jury whether you did receive

6    this or whether you simply don't remember whether

7    you received it.

8         A    I simply don't remember if I received it.

9         Q    So you may have received it.

10        A    I think -- I don't remember receiving

11   something like that.  I would think I would have

12   remembered.

13        Q    Let me ask you this.  If you had -- I

14   asked you, I'm going to ask you again.  Only once, I

15   promise.

16        A    Okay.

17        Q    Your testimony is that if you had known

18   that there was a risk of a disease called primary

19   pulmonary hypertension, you never would have taken

20   this drug.

21        A    Yes, sir.

22        Q    Is it your testimony that if you had known

23   that there was any risk whatsoever to Redux, you

24   never would have taken the drug?

25        A    Yes, sir.

 1      Q     Is it your testimony that if you had known

 2   there was any risk with respect to diet drugs, you

 3   wouldn't have taken them?

 4      A     I would have trusted my doctor.

 5      Q     I understand.  But that wasn't my

 6   question.  My question is whether or not you're

 7   telling the ladies and gentlemen of the jury that if

 8   you had known of any risks with respect to diet

 9   drugs you wouldn't have taken them.

10      A     I would have trusted my doctor.  I would

11   have trusted my doctor that he prescribed them to

12   me.

13      Q     Well, let me -- I'm sorry.  I interrupted

14   you.

15      A     That's okay.  I wasn't going to say

16   anything.

17      Q     Okay.  Now, in fact, you weren't asked by

18   Mr. Miller this morning and you didn't mention that

19   after you stopped taking Redux in September of 1997

20   you started taking another diet drug --

21      A     Yes.

22      Q     -- called Meridia.

23      A     Yes.

24      Q     And you took -- and that was prescribed --

25   was it prescribed by Dr. Thomas or Dr. Kassicieh?  I

```
 1    can't --

 2         A    I think Dr. Sam Kassicieh.

 3         Q    After you started seeing him.

 4         A    Yes, sir.

 5         Q    And you took Meridia off and on for about

 6    four years.

 7         A    Uh-huh.

 8         Q    And is it your testimony that you were not

 9    informed of any risks whatsoever regarding taking

10    Meridia?

11         A    I trusted my doctor.  If he talked about

12    it, the risks were -- he prescribed it to me.  I

13    don't know what to say.

14         Q    Did you ever look at the package insert or

15    the patient information that was provided to you

16    about Meridia?

17         A    Yes.

18         Q    Did you ever read on the package insert

19    with respect to Meridia?

20         A    Did I start reading it and it's -- I don't

21    have a medical background.  I just have a high

22    school education, and that's why I go to the

23    doctors.  I trust them, that what they give me is

24    okay.

25         Q    Do you recall seeing in the package insert
```

```
 1    for Meridia a warning about people with high blood

 2    pressure taking the drug?

 3         A     No, sir.

 4         Q     It's your testimony that you never knew

 5    that people with high blood pressure shouldn't take

 6    Meridia?

 7               MR. MILLER:  Objection, Your Honor.

 8    That's absolutely not what the label says.  I

 9    object.

10               THE COURT:  Hold on.  Did anyone tell you

11    that?

12               THE WITNESS:  That what?

13               THE COURT:  That if you had high blood

14    pressure, you should not take Meridia.

15               THE WITNESS:  No.

16               THE COURT:  No one said that?  No one said

17    that to you?

18               THE WITNESS:  No.

19               THE COURT:  Okay.

20         Q     (By Mr. Bleakley)  Do you remember going

21    to see a Dr. Walder at the Heart Institute?

22         A     Dr. Walder?  I don't remember the name.

23    No.

24               MR. BLEAKLEY:  May I approach?

25               THE COURT:  You may.
```

Josephine Garcia v. Wyeth-Ayerst                                    Volume 3, A.M. Session

Page 416

1      Q    This is defense Exhibit D1087, a letter

2   dated 9/18/2000 to Dr. Kassicieh from Dr. Walder at

3   the Heart Institute.  You don't remember seeing a

4   Dr. Walder?

5      A    I don't remember Dr. Walder.  I'm sorry.

6      Q    Let me show you a copy of Defense Exhibit

7   1087 and see if that refreshes your recollection.

8      A    I still don't remember him.  I'm sorry.

9      Q    This is -- does not refresh your

10  recollection that Dr. Walder recommended that you

11  discontinue the use of Meridia immediately, because

12  he was concerned that your blood pressure may be

13  related to Meridia?

14          THE COURT:  Excuse me.  Counsel, approach

15  the bench.

16          (At the bench.)

17          THE COURT:  Mr. Bleakley, if you use a

18  document to refresh recollection, it's ordinarily

19  not presented to the jury.  She said it doesn't

20  refresh her recollection, so I think it's improper

21  to read from it.  I assume the doctor would testify

22  as to that.

23          MR. BLEAKLEY:  Okay.  If that's your

24  ruling -- I mean, Mr. Miller didn't object.

25          MR. MILLER:  I do object now.

Josephine Garcia v. Wyeth-Ayerst                                    Volume 3, A.M. Session

Page 417

1          THE COURT:  I do realize that.  But I'm

2    concerned about setting a precedent that I would

3    then be expected to adhere to.  And therefore, I

4    believe it's inappropriate.  You can use the

5    document in an effort to refresh recollection, but

6    if after using it she still says, "I don't

7    remember," I don't think you can use the document.

8          MR. MILLER:  It's not been published to

9    the jury.

10          THE COURT:  It's not been proffered at

11    this point.

12          MR. BLEAKLEY:  Thank you, Your Honor.

13          (In open court.)

14    Q    So it does not refresh your recollection;

15    correct?

16    A    No.

17    Q    And in fact, you continued to take

18    Meridia?

19    A    Right.

20    Q    Continued to take it until at least until

21    last year.

22    A    Right.  So you're asking me if he told me

23    at that office visit to stop taking it?

24    Q    Yes.

25    A    I -- no.  I don't remember.  This wasn't

Page 418

```
 1    sent to my house.  Do they -- you know -- this was

 2    sent to Dr. Kassicieh.

 3         Q    Do you remember having a discussion with

 4    Dr. Kassicieh about the visit that you made to

 5    Dr. Walder?

 6         A    No.

 7         Q    And you don't remember any conversation

 8    with Dr. Kassicieh about whether you should continue

 9    to take Meridia?

10         A    No.

11         Q    Let's go back for a moment to the time in

12    April 1997 when Dr. Thomas prescribed Redux for you.

13    You had, in fact, had high blood pressure for many,

14    many years before you took Redux, didn't you?

15         A    Yes, sir.

16         Q    And no doctor anywhere has ever suggested

17    to you that your high blood pressure was caused or

18    worsened by taking Redux.

19         A    Okay.  Can you repeat the question?  I'm

20    sorry.

21         Q    No doctor anywhere has ever told you that

22    your high blood pressure was caused by or worsened

23    by taking Redux.

24         A    Or worsened by?

25         Q    Yes.
```

Page 419

```
 1        A     I'm not sure if they mentioned it was
 2   worsened by taking Redux.
 3        Q     Do you remember any doctor telling you
 4   that it was worsened by taking Redux?
 5        A     No, sir.
 6        Q     Now, Dr. Thomas did tell you that when you
 7   were taking Redux, you needed, in addition to taking
 8   the pill, to engage in a program of diet and
 9   exercise, didn't he?
10        A     Yes, sir.
11        Q     He told you that you needed to cut down on
12   the amount that you ate and engage in a regular
13   exercise program, didn't he?
14        A     Specifically with Redux?
15        Q     Yes.
16        A     We talked about it all the time.  I'm not
17   sure specifically with Redux.
18        Q     Well, I understand he had told you before
19   you ever went on Redux --
20        A     Right.
21        Q     -- that you should be dieting and
22   exercising.
23        A     Right.  You always diet and exercise.
24        Q     And that you should make a real effort to
25   cut down significantly on your weight; isn't that
```

1    right?

2         A    Correct.

3         Q    And that the fact that you were overweight

4    was undoubtedly contributing to, if not causing,

5    your high blood pressure.

6         A    My weight was contributing to or --

7         Q    The high blood pressure.

8         A    I'm not sure he ever mentioned my weight

9    was contributing to it.  I guess because I have had

10   high blood pressure when my weight was lower, also.

11        Q    Is it your testimony that Dr. Thomas did

12   not tell you that an essential and integral part of

13   the program of taking Redux included diet and

14   exercise?

15        A    All of my doctors tell me diet and

16   exercise.

17        Q    I understand.  But I'm asking specifically

18   about Dr. Thomas.

19        A    I believe he did.

20        Q    Okay.  And did Dr. Thomas tell you that,

21   when you stopped taking Redux, that you would not

22   gain the weight back?  Did he tell you that?

23        A    Okay, did he tell me when I stopped taking

24   the Redux I would gain the weight back?

25        Q    Did he tell you that?

Page 421

```
 1        A    No.

 2        Q    Did anyone tell you that Redux would

 3   continue to keep your weight off after you stopped

 4   taking it?

 5        A    No.

 6        Q    Didn't Dr. Thomas, in fact, tell you that

 7   when you stopped taking Redux, you would have to

 8   continue to diet and exercise?

 9        A    You always diet and exercise, sure.

10        Q    And in fact, you lost 30 pounds during the

11   time you were taking Redux.

12        A    Correct.

13        Q    And you felt better, didn't you?

14        A    Felt better, sure.

15        Q    But after you stopped taking Redux, and

16   when you started taking Meridia, your weight started

17   gradually moving up over the next couple of years,

18   didn't it?

19        A    Right.

20        Q    And you gained back the 30 pounds.

21        A    Yes, sir.

22        Q    While you were taking Meridia.

23        A    Correct.

24        Q    Now, when Dr. Thomas prescribed Redux for

25   you in April 1997, he told you, did he not, that one
```

Josephine Garcia v. Wyeth-Ayerst                                    Volume 3, A.M. Session

Page 422

1    of the reasons why he was prescribing it was because

2    it might help you get your blood pressure down?

3        A    He told me that?

4        Q    Yes.

5        A    I don't remember him telling me that.

6    Sorry.

7        Q    Didn't you tell him that one of the

8    reasons why you wanted to take Redux was so that you

9    could get your weight down and hopefully reduce your

10   blood pressure?

11       A    I don't remember telling him that.  I'm

12   sorry.

13       Q    What did you tell him is the reason you

14   wanted to take Redux?

15       A    The Redux was for my -- I guess you're

16   right, for health reasons, for the health reasons

17   and for cosmetic, also.

18       Q    But it certainly included your --

19       A    Sure.

20       Q    -- high blood pressure, your systemic

21   hypertension.

22       A    Yes, sir.

23       Q    Okay.  Then in September of 1997,

24   Dr. Thomas called you and said that Redux had been

25   recalled and you should stop taking it.

```
 1      A    Yes, sir.

 2      Q    Now, your husband testified in his

 3  deposition that he told you that it was causing

 4  heart damage in people.  Do you agree with what your

 5  husband said that Dr. Thomas said?

 6      A    I'm not sure what you mean by heart

 7  disease in people.

 8      Q    Well, those are the words he used.

 9      A    Okay.  Let's start over.  I'm sorry.

10      Q    It's okay.  Probably a bad question again.

11  I apologize.

12      A    Okay.  You said that my husband said --

13      Q    He testified that when Dr. Thomas called

14  you and said, "Stop taking Redux, it causes heart

15  disease in people."

16      A    I don't remember that.

17      Q    One way or the other?

18      A    "Stop taking it, it was taken off the

19  market."

20      Q    Did he tell you anything about the reasons

21  why Redux was being recalled?

22      A    Dr. Thomas?

23      Q    Yes.

24      A    No.  During the phone conversation --

25      Q    Didn't say a word?
```

Page 424

1      A      I don't believe so.

2      Q      So your testimony is that as of September

3   1997 you had no idea why Redux was being recalled?

4      A      I believe at that point I didn't have any

5   idea why Redux was being recalled.

6      Q      In any event, you did not go to any

7   physician from September of 1997 until the year 2000

8   to see a heart specialist.

9      A      Correct.

10      Q      However, in late 1999, you heard about

11   diet drug lawsuits from some plaintiff lawyer

12   advertising on television; correct?

13      A      Correct.

14      Q      And you went to see a lawyer; right?

15      A      Correct.

16      Q      And that was before the first visit that

17   you made to see a heart specialist.

18      A      I believe so.

19      Q      That was in late 1999, and your first

20   visit to a heart specialist was to Dr. Narins at the

21   Heart Institute in April of 2000.

22      A      I'm not putting the dates together, but if

23   you say that's what it was, that's what it was.

24      Q      And in March of 2000 -- excuse me just a

25   second -- I'm sorry.  It was April of 2000, you went

Page 425

```
 1    to see Dr. Narins, and Dr. Narins did an
 2    echocardiogram.
 3         A    Yes, sir.
 4         Q    And that was after you had consulted a
 5    lawyer; right?
 6         A    Yes, sir.
 7         Q    Now, Dr. Narins did not tell you, I
 8    believe we've already established, that you had
 9    valvular heart disease caused by taking Redux.
10         A    Correct.  He said he wasn't a specialist
11    in Redux and could not...
12         Q    And you referred during your direct
13    testimony to a letter from Dr. Narins.  You remember
14    that?
15         A    No, sir.
16         Q    Maybe you didn't, in which case I stand
17    corrected.
18         A    Okay.
19         Q    Did Dr. Narins tell you that you had
20    mitral -- mild mitral regurgitation?
21         A    Did Dr. Narins tell me that?
22         Q    Yes.
23         A    Mild, yes.
24         Q    He told you that you had mild mitral
25    regurgitation?
```

```
 1      A    I don't know if he told me or if it was in
 2   the report.
 3      Q    Which report?
 4      A    In any report.  I was told -- I don't know
 5   if Dr. Kassicieh told me when they sent the records
 6   over there, who told me it first.  Again, I believe
 7   they would just send the records to Dr. Kassicieh.
 8   I wouldn't -- they'd send them to my primary doctor.
 9      Q    Did Dr. Narins tell you that there was --
10   he had found nonspecific thickening of the mitral
11   valve without stenosis or insufficiency?
12      A    Again, I'm not sure if he told me or if he
13   sent it out to Dr. Kassicieh.
14      Q    Did he tell you or did Dr. Kassicieh tell
15   you that Dr. Narins said, "She does not exercise
16   regularly and I suspect that physical deconditioning
17   likely plays a role in terms of her dyspnea"?
18      A    It's on the letter there.
19      Q    You remember that?
20      A    Yes.
21      Q    And you know that dyspnea means shortness
22   of breath?
23      A    Right.
24      Q    And that Dr. Narins had concluded that
25   lack of exercise and physical deconditioning were
```

1   what was causing the dyspnea?

2        A    What was causing my shortness of breath?

3        Q    Yes.

4        A    That type of shortness -- like I said, the

5   shortness of breath that I have felt since I have

6   taken Redux has been a different --

7        Q    But this was in April of 2000, several

8   years after you stopped taking Redux.

9        A    Right.  Right.

10       Q    And isn't it a fact, Mrs. Garcia, that

11  what Dr. Narins said is that you should have a

12  repeat echocardiogram in 12 months to rule out any

13  progression of the abnormality that is the mitral

14  valve thickening?

15       A    Right.  He wrote it.  I don't think we

16  ever verbally discussed it.

17       Q    Well, is it your testimony that you did

18  not have a conversation personally with Dr. Narins

19  about his findings?

20       A    Again, at the Heart Hospital, you would

21  see a doctor and then they would -- he would put his

22  findings and send it on to Dr. Kassicieh.  It wasn't

23  like, "Come back in a week and we can talk about

24  what I found."

25       Q    Now, you went back a year later for

1    another echocardiogram.  You mentioned that during

2    your direct testimony; right?

3        A    Say the question again.  I'm sorry.

4        Q    You went back for a second echocardiogram

5    a year later?

6        A    Yes, sir.

7        Q    And that echocardiogram was performed by a

8    different cardiologist, Dr. Mowry.

9        A    Correct.

10       Q    And Dr. Mowry made a report of his

11   findings to Dr. Kassicieh.

12       A    Correct.

13       Q    Did you have any conversation with

14   Dr. Mowry?

15       A    I don't believe so.  Dr. Mowry is a

16   retired doctor from the Heart Hospital and he just

17   comes in like twice a month, I believe, if I can

18   remember correctly.  So I don't think I ever

19   discussed with him personally.

20       Q    But you do know that Dr. Mowry also found,

21   a year later, that you did not have valvular heart

22   disease?

23       A    I guess that's what they have been saying

24   in the -- as we've talked here.

25       Q    And then when you went to -- at the

Page 429

1    hospital in October you had still another

2    echocardiogram?

3         A    Right.

4         Q    In connection with your hospitalization.

5         A    Right.

6         Q    And that was performed by a Dr. Orchard.

7         A    Right.

8         Q    And he didn't find any valvular heart

9    disease; isn't that right?

10        A    That's what you're saying, yes.

11        Q    In fact, he didn't find any mitral

12   regurgitation at all; isn't that right?

13        A    If that's what the report says.

14        Q    Well, that's what you were told, isn't it?

15        A    Again, I don't remember the doctors -- we

16   didn't talk specifically about them.  You never got

17   the same doctor.

18        Q    Now, in June of 2000 -- that is, a couple

19   of months after the first echocardiogram -- you

20   brought this lawsuit.

21        A    Correct.

22        Q    And in this lawsuit, this complaint that

23   was filed, you alleged that you had been diagnosed

24   with heart problems caused by taking Redux.

25        A    Right.

Page 430

1       Q     But you hadn't been diagnosed with heart

2   problems caused by taking Redux at that point in

3   time, had you?

4       A     I feel that I had.  I had pulmonary

5   hypertension, and again, caused by Redux, the Heart

6   Hospital would not -- did not have the specialists

7   there that would commit that it was caused by Redux.

8       Q     Your testimony earlier today was that the

9   first time you were told by a doctor that you had

10  heart problems caused by Redux was when you went to

11  see Dr. Stahl in Las Vegas, Nevada.

12      A     Correct.

13      Q     And that wasn't until last year.

14      A     Okay.

15      Q     So when you filed the complaint alleging

16  that you had been diagnosed with heart problems

17  caused by Redux, you hadn't, in fact, been diagnosed

18  with heart problems caused by taking Redux, had you?

19      A     I'm not sure what you're asking.  I'm

20  sorry.  At that point, I'm not sure if it was caused

21  by Redux.

22      Q     Now let's talk for a moment about what

23  you're doing now.  You're still working full-time.

24      A     Yes, sir.

25      Q     About 45 hours a week.

Josephine Garcia v. Wyeth-Ayerst                                    Volume 3, A.M. Session

Page 431

```
 1        A      Yes, sir.

 2        Q      And you have been working full-time for

 3    many years, haven't you?

 4        A      Many years.

 5        Q      And you have only missed work a very, very

 6    few times in all those years; isn't that right?

 7        A      I'm a supervisor, and I probably go to

 8    work sick and not feeling well, due to the fact that

 9    I'm a supervisor.

10        Q      In your deposition you testified that you

11    only missed work twice, once for headaches and the

12    other was when you went into the hospital in October

13    of 2001.

14        A      I'm not sure if I understood the question

15    when they were asking that.  Sure, I have missed

16    work due to other things.

17        Q      When you went into the hospital in 2001,

18    your blood pressure was 238 over 140, wasn't it?

19        A      Yes, sir.

20        Q      And your blood pressure continues to be

21    higher than it should be, even today, doesn't it?

22        A      I believe a doctor told me that my normal

23    blood pressure -- I'm not sure what normal blood

24    pressure -- but normal blood pressure for me is 160,

25    maybe, over 90.
```

Josephine Garcia v. Wyeth-Ayerst                                    Volume 3, A.M. Session

Page 432

```
 1        Q      160 over --
 2        A      90.
 3        Q      Who told you that?
 4        A      One of the doctors, I think a doctor at
 5   the Heart Hospital, said that's normal for me.
 6        Q      Which doctor at the Heart Hospital?
 7        A      I think it was the woman.  One of the
 8   women.
 9        Q      Has anyone suggested that your stroke that
10   you had, as you called it in --
11               MR. MILLER:  Objection.  There's no
12   foundation for that.  The lady didn't have a stroke.
13   Object.
14               MR. BLEAKLEY:  Mrs. Garcia --
15               THE COURT:  Approach the bench.
16               MR. BLEAKLEY:  I'll rephrase the question.
17        Q      No doctor has suggested that your
18   hospitalization in October of 2001 and the blood
19   pressure that you had at that time was caused by
20   taking Redux, have they?
21        A      No, sir.
22        Q      Now, except for those two occasions --
23   well, you said you didn't understand the question
24   that was asked in the deposition, so I'll move on.
25               And over the past several years, you have
```

Josephine Garcia v. Wyeth-Ayerst                                    Volume 3, A.M. Session

Page 433

```
 1    gotten regular pay increases, haven't you?

 2        A    Sure.

 3        Q    We'll talk about exercise in a minute.

 4        A    Okay.

 5        Q    But you continue to do most of the other

 6    things that you do with your life and have for the

 7    last several years; isn't that right?

 8        A    I continue to do most of the things that I

 9    have done?

10        Q    Yes.

11        A    Absolutely not.

12        Q    You took your grandchildren to Disneyland

13    last year.

14        A    Uh-huh.

15        Q    You took a cruise to the Caribbean the

16    year before that?

17        A    Sure.

18        Q    The Bahamas the year before that?

19        A    Yes, sir.

20        Q    You go to the lakes?

21        A    We go to the lake.

22        Q    Still enjoy your boat?

23        A    We enjoy the boat, sure.

24        Q    Play with your grandchildren?

25        A    I play with my grandchildren, and I get
```

1    tired a lot sooner than I used to.

2         Q    You still shop and go to the park and the

3    zoo?

4         A    Still shop and go to the park and go to

5    the zoo and stop at the rest stops as we go along

6    the way.

7         Q    The amount of exercise that you do -- you

8    said earlier that you're not a jogger, you don't

9    engage in vigorous sports.

10        A    Sure.

11        Q    The amount of exercise you do today is

12   pretty much the same as it's been, isn't it?

13        A    No.  No.  Absolutely not.  How can it be

14   the same?  I'm not feeling -- the fatigue is there,

15   and the shortness of breath.  It's not the same.

16        Q    You have never had a regular exercise

17   program, have you?

18        A    Again, you know, we always -- no, we've

19   never -- not joined a spa, and we don't sit for

20   hours.  We've never been fitness fanatics.  But my

21   life is not the same, no.  I used to be able to

22   clean my house, and I used to be able to go for

23   groceries, and I used to be able to take my

24   grandkids, and I used to be able to get on the rides

25   at the parks with them.  And I used to be able to

Josephine Garcia v. Wyeth-Ayerst                                        Volume 3, A.M. Session

Page 435

1    dance when we'd go on our cruise.  I used to be able

2    to do that, and I can't do that anymore.

3         Q    And you don't think it's caused by your

4    high blood pressure, your hypertension?

5         A    No, I have had high blood pressure for

6    years.  It was caused by the Redux.

7         Q    You believe it was caused by the Redux?

8         A    I believe it was caused by the Redux.

9         Q    But none of your physicians who treat you

10   on a regular basis in New Mexico has ever told you

11   that, have they?

12              MR. MILLER:  Asked and answered, Your

13   Honor.

14              THE COURT:  Sustained.

15              MR. BLEAKLEY:  I have nothing further.

16              THE COURT:  Redirect.

17              MR. MILLER:  Thank you, Your Honor.

18                   REDIRECT EXAMINATION

19   BY MR. MILLER:

20        Q    Josie, I want to follow up on a line of

21   questions about when you gained the weight back and

22   when you took the Meridia.  Would Dr. Kassicieh's

23   records be more accurate about when you gained the

24   weight back and took the Meridia?

25              MR. BLEAKLEY:  Objection.