UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JOSEPHINE GARCIA,                                              :
                                                               :
        Plaintiff,                                             :     Civil Action
v.                                                             :     No. 04-11543-GAO
                                                               :
INDEVUS PHARMACEUTICALS, INC., F/K/A                           :
INTERNEURON PHARMACEUTICALS, INC.;                             :
WYETH, INC., F/K/A AMERICAN HOME                               :
PRODUCTS CORPORATION; WYETH                                    :
PHARMACEUTICALS, INC F/K/A WYETH-                              :
AYERST PHARMACEUTICALS, INC., A                                :
DIVISION OF AMERICAN HOME PRODUCTS                             :
CORPORATION; AND BOEHRINGER                                    :
INGELHEIM PHARMACEUTICALS, INC.,                               :
                                                               :
        Defendants.                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## NOTICE OF APPEARANCE

Please enter our appearance as counsel of record for Defendant Indevus Pharmaceuticals, Inc. in the above-captioned action.

| | |
|---|---|
| Dated: July 30, 2004<br>Boston, Massachusetts | Respectfully submitted,<br><br>/s/Matthew J. Matule<br>Matthew J. Matule (BBO #632075)<br>SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP |
| Of Counsel:<br>Barbara Wrubel<br>Katherine Armstrong<br>SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>(212) 735-3000 | One Beacon Street<br>Boston, Massachusetts 02108<br>(617) 573-4800<br><br><br><br><br>Counsel for Defendant,<br>Indevus Pharmaceuticals, Inc. |