UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
JOSEPHINE GARCIA,                                   :
                         Plaintiff,                 :   Civil Action
v.                                                      No. 04-11543-GAO
                                                    :
INDEVUS PHARMACEUTICALS, INC., F/K/A
INTERNEURON PHARMACEUTICALS, INC.;                  :
AND BOEHRINGER INGELHEIM
PHARMACEUTICALS, INC.,                              :
                         Defendants.                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
```

## NOTICE OF LOCAL RULE 81.1(a) FILING

Pursuant to Local Rule 81.1(a), Defendant Boehringer Ingelheim Pharmaceuticals, Inc. hereby files certified copies of all records, proceedings and the docket sheet from the state court action entitled <u>Garcia v. Indevus Pharmaceuticals, Inc., et al.</u>, (Middlesex County Superior Court, Civ. No. 04-1383-E).  The certified copies are attached hereto.

Dated: August 10, 2004                     Respectfully submitted,
       Boston, Massachusetts

                                                        /s/ Matthew J. Matule
                                                        Matthew J. Matule (BBO #632075)
                                                        SKADDEN, ARPS, SLATE,

Of Counsel:                                     MEAGHER & FLOM LLP
Barbara Wrubel                                One Beacon Street
Katherine Armstrong                           Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                         (617) 573-4800
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                                Counsel for Defendant
                                                        Boehringer Ingelheim Pharmaceuticals, Inc.