UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JOSEPHINE GARCIA,                                  :
                                                   :
       Plaintiff,                                  :   Civil Action
v.                                                 :   No. 04-11543-GAO
                                                   :
INDEVUS PHARMACEUTICALS, INC., F/K/A               :
INTERNEURON PHARMACEUTICALS, INC.;                 :
AND BOEHRINGER INGELHEIM                           :
PHARMACEUTICALS, INC.,                             :
                                                   :
       Defendants.                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## DEFENDANT BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.'S OPPOSITION TO PLAINTIFF GARCIA'S MOTION TO REMAND

Defendant Boehringer Ingelheim Pharmaceuticals, Inc. ("BIPI"), hereby opposes Plaintiff Garcia's Motion To Remand for the reasons stated in Wyeth's Memorandum in Opposition to All Plaintiffs' Motions for Remand, submitted to this Court on August 9, 2004. For the reasons stated therein and for those set forth in BIPI's Notice of Removal filed July 12, 2004, BIPI respectfully requests that Garcia's motion be denied in its entirety.

Specifically, this is Plaintiff's second lawsuit over the alleged injuries she claims were caused by Redux. See BIPI's Notice of Removal at 1. The first lawsuit was filed against Wyeth more than four years ago and was tried before a jury in New Mexico in early 2003. Id. That lawsuit resulted in a defense verdict and judgment for all defendants in that case after the evidence showed that Plaintiff was not even injured. Id. The evidence in Plaintiff's first lawsuit against Wyeth showed that any claims against Indevus are barred by the statute of limitations. Id. at 2. As demonstrated in BIPI's

Notice of Removal filed July 12, 2004, Indevus is fraudulently joined because Plaintiff's purported claims against it are time-barred. Id. at 3; see also id. at 6-15.  For the reasons stated herein, and for the reasons stated in Wyeth's Memorandum in Opposition to All Plaintiffs' Motions for Remand and in BIPI's Notice of Removal filed July 12, 2004, BIPI respectfully requests that Garcia's motion be denied in its entirety.

Dated:  August 11, 2004
       Boston, Massachusetts

Respectfully submitted,

/s/Matthew J. Matule
Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Of Counsel:
Barbara Wrubel
Katherine Armstrong
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000

Counsel for Defendant
Boehringer Ingelheim Pharmaceuticals, Inc.