UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JOSEPHINE GARCIA,                               :
                                                :
       Plaintiff,                               :   Civil Action
v.                                              :   No. 04-11543-GAO
                                                :
INDEVUS PHARMACEUTICALS, INC., F/K/A            :
INTERNEURON PHARMACEUTICALS, INC.;              :
AND BOEHRINGER INGELHEIM                        :
PHARMACEUTICALS, INC.,                          :
                                                :
       Defendants.                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## DEFENDANT BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.'S MOTION TO STAY

Defendant Boehringer Ingelheim Pharmaceuticals, Inc. ("BIPI"), hereby moves to stay this case for the reasons stated in Defendant Wyeth's Motion to Stay This Case and All Other Diet Drug Cases Removed to This Court Pending Transfer (and memorandum in support thereof) dated June 18, 2004, and respectfully requests that said motion be granted. BIPI hereby expressly incorporates and adopts the arguments set forth in Wyeth's memorandum in support of its Motion to Stay This Case and All Other Diet Drug Cases Removed to This Court Pending Transfer as if fully set forth herein.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Boehringer Ingelheim Pharmaceuticals, Inc. respectfully requests oral argument of this motion.

## CERTIFICATION UNDER LOCAL RULE 7.1(A)(2)

In light of the extensive briefing already on file in this action and in all other diet drug cases removed to this Court, including Defendant Wyeth's Motion to Stay

this Case and All Other Diet Drug Cases Removed to This Court Pending Transfer (and memorandum in support thereof) relied upon by BIPI for this motion, BIPI understands that Plaintiff will oppose this Motion To Stay and, consequently, will not assent to the relief sought by this motion.

| | |
|---|---|
| Dated: August 12, 2004 | /s/Matthew J. Matule |
| Dated: August 12, 2004<br>Boston, Massachusetts | Respectfully submitted, |
| | /s/Matthew J. Matule<br>Matthew J. Matule (BBO #632075)<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP |
| Of Counsel:<br>Barbara Wrubel<br>Katherine Armstrong<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>(212) 735-3000 | One Beacon Street<br>Boston, Massachusetts 02108<br>(617) 573-4800<br><br>Counsel for Defendant<br>Boehringer Ingelheim Pharmaceuticals, Inc. |